UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6155

CIV - FERGUSON

MAGISTRATE JUDGE
SNOW

GEORGE ROBINSON,

Plaintiff

-v-

HVIDE MARINE INCORPORATED.

Defendant

_____/

### SEAMAN'S COMPLAINT
28 U.S.C. 1916
Jones Act, 46 U.S.C. 688
General Maritime Law

Plaintiff, GEORGE ROBINSON, by his undersigned attorney, complains of Defendant Hvide Marine Incorporated., as follows:

### FIRST CAUSE OF ACTION

1. At all the times pertinent hereto, Defendant Hvide Marine Incorporated., owned, managed, operated and controlled the M/V SEABULK AMERICA.

2. Defendant's principal office and place of business in within the Southern District of Florida.

3. At all times pertinent hereto, Defendant employed Plaintiff as a seaman on this vessel.

4. That on or about February 20, 1999, in the scope and course of his employment, Plaintiff suffered severe, painful and permanent injuries as a result of the negligence of Defendant, its agents, servants and employees, and the officers and crew of the vessel.

5. That there is applicable hereto the Jones Act, 46 U.S.C. 688.

6. That at 0530 hours, Plaintiff was ordered to connect a cargo line to the manifold for discharge of cargo at the Port of Philadelphia; that Plaintiff was working under the supervision of the bo'sun.

7. That they disconnected the flange; that residual oil in the line poured out onto the grating and into the scupper below, leaving oil on the grating; that the bo'sun went to connect another hose, and directed plaintiff to connect the hose they had both prepared by removal of the flange; that plaintiff had to stand on the grating.

8. That as Plaintiff was tightening the cargo hose, the grating slid, causing him to lose his balance; the wrench slipped off the cargo hose, and Plaintiff fell on the grating and then to the deck below.

9. That as a result of Defendant's negligence aforesaid, Plaintiff has required medical care, including surgery, and will require medical care in the future; he suffered other damages, lost earnings, with probable diminishment of earning capacity, and inability to lead a normal life, all to his damage in excess of SEVENTY-FIVE THOUSAND ($75,000.00) DOLLARS, exclusive of interest, costs and attorney's fees.

## SECOND CAUSE OF ACTION

10. Plaintiff repeats all of the foregoing and in addition thereto, states:

11. That Defendant owed Plaintiff the absolute, non-delegable duty to provide Plaintiff with a seaworthy vessel.

12. That the allegations of paragraphs 6,7 and 8 rendered the vessel unseaworthy, causing plaintiff's injuries and damages, as alleged in paragraph 9.

WHEREFORE, Plaintiff, GEORGE ROBINSON, demands judgment of Defendant HVIDE MARINE INCORPORATED, on the first and second causes of action, jointly and severally, plus costs.

Plaintiff demands a trial by jury.

ARTHUR ROTH
Attorney for Plaintiff
14 N.E. First Avenue #1100
Miami, Florida 33132
(305) 371-5664

BY: _____

# CIVIL COVER SHEET 00-6155

CIV - FERGUSON
MAGISTRATE JUDGE SNOW

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
GEORGE ROBINSON

**DEFENDANTS**
HVIDE MARINE INCORPORATED

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** ST. LUCIE
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** BROWARD
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

A. Broward 10:00cv6155/Ferguson/Snow

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
ARTHUR ROTH 14 N.E. First Avenue #1100
Miami, Florida 33132 (305) 371-5664

**ATTORNEYS (IF KNOWN)**

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
DADE, MONROE, **BROWARD**, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X ONE BOX ONLY)
- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Case Only)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated of Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Jones Act, 46 U.S.C. 688; General Maritime Law, and 28 U.S.C. 1916

**IVa.** 2 days estimated (for both sides) to try entire case

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| A CONTACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personnel Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) B | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending B | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 350 Motor Vehicle | ☐ 380 Other Personnel Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **A LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12USC3410 |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor Management Relations B | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment | Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General * | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other * | | | ☐ 890 Other Statutory Actions * A or B |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights * A or B | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
- ☒ 1. Original Proceeding
- ☐ 2. Removed From State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Refiled
- ☐ 5. Transferred from another district (Specify)
- ☐ 6. Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A
☐ CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** +75,000.00
Check YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):
JUDGE _____ DOCKET NUMBER _____

**DATE** 2-1-00

**SIGNATURE OF ATTORNEY OF RECORD** /s/ Arthur Roth

UNITED STATES DISTRICT COURT
S/F 1-2
REV. 9/94

FOR OFFICE USE ONLY: Receipt No. _____
Date Paid: _____
Amount: _____
M/ifp: _____