AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF ___ FLORIDA

GEORGE ROBINSON
    Plaintiff

**V.**

HVIDE MARINE INCORPORATED
    Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 00-6155
### CIV-FERGUSON
*MAGISTRATE JUDGE SNOW*

TO: (Name and address of defendant)

    Hvide Marine Incorporated

    Registered Agent:   CT CORPORATION SYSTEM
                            1200 South Pine Island Road
                            Plantation, Florida   33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    ARTHUR ROTH
    14 N.E. First Avenue  Suite 1100
    Miami, Florida  33132

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

02/01/2000

CLERK _____

DATE _____

(BY) DEPUTY CLERK