COPIES NOT PROVIDED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6155 CIV-FERGUSON

GEORGE ROBINSON

　　Plaintiff,

v.

HVIDE MARINE INCORPORATED,

　　Defendant,
_____/

## ANSWER TO COMPLAINT

**COMES NOW** the Defendant, HVIDE MARINE INCORPORATED, by and through its undersigned attorneys, and for its Answer to the Plaintiff's Complaint states:

1.　This Defendant admits that it operated the M/V Seabulk America but to the extent not admitted herein, denies the remaining allegations of paragraph 1.

2.　Admitted.

3.　Admitted.

4.　Denied.

5.　Denied.

6.　Unknown and therefore, denied.

7.　Denied.

8.　Denied.

9.　Denied.

## SECOND CAUSE OF ACTION

10. This Defendant adopts and re-alleges its previous responses to paragraphs 1 through 9 as if specifically set forth herein and further states.

11. Denied.

12. Denied.

## AFFIRMATIVE DEFENSES

1. This Defendant affirmatively alleges that at all times material hereto Plaintiff was negligent; that said negligence of the Plaintiff caused or contributed to the cause of the accident and/or injuries of which the Plaintiff complains; that by reason of the aforesaid negligence of the Plaintiff, he is barred from recovering for his alleged injuries and damages, if any; alternatively, any recovery sought by the Plaintiff against this Defendant herein must be reduced and/or diminished to the extent that his own negligence caused and/or contributed to the cause of the accident and injuries complained of.

2. The Plaintiff's claim for medical expenses should be reduced by the amount of any benefits received by the Plaintiff at any U.S. Public Health Service facility or similar government facility either domestic or foreign or any medical benefits paid by this Defendant or through any type of private or public health insurance plan or any other collateral source.

3. This is an admiralty and maritime claim arising under the substantive maritime law of the United States which governs the rights and duties of the parties herein and which law must be applied to the claims made herein.

4. This Defendant affirmatively alleges that the Plaintiff has been paid all wages allegedly due to him and therefore, any claim for lost wages fails to state a cause of action and should be dismissed.

5. This Defendant affirmatively alleges that the Plaintiff's alleged injuries occurred through the fault and neglect of some third party for whom this Defendant is not responsible and therefore, the Plaintiff is not entitled to recover against this Defendant herein.

6. The Defendant affirmatively alleges that the condition complained of by the Plaintiff was open and obvious and readily apparent to the Plaintiff and accordingly, the Defendant owed no duty to the Plaintiff in connection with said condition or Defendant had no notice of same.

**WHEREFORE** the Defendant, Hvide Marine Incorporated, respectfully submits that this Honorable Court should dismiss the Plaintiff's Complaint with prejudice and award this Defendant the costs of this action and demands trial by jury of all issues so triable as a matter of right.

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was served via U.S. mail on **Arthur Roth, Esq.**, 14 N.E. First Avenue, #1100, Miami, Florida 33132 **on this 22nd day of February, 2000.**

                                            CANNING & MURRAY, P.A.
                                            Attorneys for Defendant
                                            8300 N.W. 53rd Street, Suite 300
                                            Miami, Florida 33166
                                            Tel. 305/477-6400
                                            Fax 305/594-9162

                                            By_____
                                            DAVID R. CANNING
                                            Florida Bar No. 217689

X:\WPDOCS\1500\1514\pleadings\1514021600answer.wpd