UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6155-CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff(s),

vs.

HVIDE MARINE INCORPORATED,

    Defendant(s).

    _____/

### NOTICE OF STATUS CONFERENCE PURSUANT TO LOCAL RULE 16.1(B)(7)

THIS CAUSE is hereby set for a status conference before the Honorable Wilkie D. Ferguson, Jr., at the United States District Court, 299 East Broward Boulevard, Suite 207A, Fort Lauderdale, Florida on **Monday, April 17, 2000 at 4:15 P.M.**

Telephonic attendance at status conference is available for counsel located out of Dade, Broward or Palm Beach counties. **Please note that all telephonic conferences will be held at 3:00 pm.** Requests for telephonic appearance at status conference must be made in the form of a motion setting forth good cause and filed with the Clerk twelve (12) days before the status conference. The party requesting the telephonic conference shall have the responsibility for contacting all other parties, arranging the telephonic conference and calling Chambers at the following number 954-769-5470. All parties must be on the line when the call is placed.

Counsel for Plaintiff(s) and Defendant(s) are directed to file and serve a **joint** status report



twelve (12) days before the status conference.  Failure to file a timely joint status report shall be grounds for dismissal.

<u>Magistrate Election Form</u>

A consent form entitled "Consent to Exercise of Jurisdiction by a United States Magistrate Judge for Trial" is enclosed.  If the parties elect to proceed to trial before the Magistrate, **all parties to the action shall sign the magistrate election form in a timely manner so that it may be filed and properly accepted by the Clerk twelve (12) days before the status conference**.

<u>The Joint Status Report Shall Contain The Following</u>:

1.  A plain statement of the nature of the claim and any counterclaim, cross-claim, or third-party claim, including the amount of damages claimed and any other relief sought.

2.  A brief summary of facts which are uncontested or which can be stipulated to without discovery.

3.  A brief summary of the issues as presently known.

4.  A summary of any pending motions.

5.  The progress of discovery in the case, and the approximate time at which the case will be ready for trial and/or final pretrial conference.

6  The projected time necessary for trial, and a statement of whether the case is a jury or non-jury trial.

7.  Any unique legal or factual aspects of the case requiring special consideration by the Court.

8.  Status of any potential settlement.

9a.  A statement as to whether the parties will elect to proceed before a Magistrate Judge

for trial.

9b.    Whether there are any unique issues in the case, such as complicated accountings, etc., which should be referred to a Special Master or Magistrate Judge.

The parties should note that final disposition by a Magistrate Judge of discovery motions does not require the election of the parties, and such motions will be referred to a Magistrate Judge as a matter of course.

With respect to trials before a Magistrate Judge, the parties should be aware that a Magistrate Judge may conduct all proceedings in the case including a jury or non-jury trial, and order the entry of a final judgment.    The parties should be aware that generally this Court cannot accommodate requests for a special setting beyond the normal two-week calendar.  A Magistrate Judge's calendar, however may afford such requests.  Parties who consent to trial before a Magistrate Judge may be excused from attending the above-scheduled status conference <u>provided</u> they give <u>both</u> <u>oral</u> <u>and</u> <u>written</u> notice to the Court at least 24 hours before the time set for the status conference.

10.  Such other matters as may aid the Court in the fair and expeditious administration and disposition of this action.

In the event that motion(s) are pending before the Court at the time of the status conference, the parties shall be prepared to argue, at the Court's discretion, the merits of such motion(s).

**All parties are reminded that they must comply with Local Rule 7.1.A.4 which requires that every motion when filed shall also be accompanied by stamped, addressed envelopes for each party entitled to notice of the order when issued by the Judge.**

**<u>Counsel for Plaintiff shall provide copies of this Notice to all concerned parties.</u>**

**DONE AND ORDERED** in chambers, at Ft. Lauderdale, Florida, this _31st_ day of
~~February~~ *March*, 2000.

_____
WILKIE D. FERGUSON, JR.
United States District Judge

cc:    Arthur Roth, Esq.
       David Canning, Esq.