1004-1514   UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6155 CIV-FERGUSON

GEORGE ROBINSON

    Plaintiff,

v.

HVIDE MARINE INCORPORATED,

    Defendant,
_____/



## MOTION TO CONTINUE STATUS CONFERENCE

**COMES NOW**, the Defendant, HVIDE MARINE INCORPORATED, by and through its undersigned counsel and pursuant to the applicable Rules of Civil Procedure respectfully requests this Court to enter its Order continuing the Status Conference scheduled for Monday April 17, 2000 at 4:15 p.m., in the above-captioned case, and as grounds therefor would state the following:

    1.    That Defendant's counsel was scheduled for the three (3) week trial period before the Honorable J. Leonard Fleet, Broward County Circuit Court Judge, commencing April 10, 2000, in the matter of Janine Van Mill v. Bay Data, Inc. Case No. 97-009726 08.

    2.    On April 13, 2000, Defendant's counsel began the above referenced trial, which trial is expected to last through April 20, 2000.

    3.    As a result of counsel's attendance at the trial, counsel respectfully requests that the Status Conference scheduled for Monday, April 17, 2000, at 4:15 p.m. be re-scheduled for a later date after April 20, 2000.

    4.    A continuance of the Status Conference will not prejudice the rights of any party



hereto. This motion is made in good faith and not for the purpose of unduly delaying the resolution of this matter.

**WHEREFORE,** the Defendant, HVIDE MARINE INCORPORATED, respectfully moves this Honorable Court to continue the Status Conference in the above-captioned case to a date after April 20, 2000, and grant any other relief deemed just under the circumstances.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via facsimile and U.S. Mail on this 14 day of April, 2000, to Arthur Roth, Esquire, 14 N.E. First Avenue, #1100, Miami, Florida 33132.

CANNING & MURRAY, P.A.
Attorneys for Defendant
8300 N.W. 53rd Street, Suite 300
Miami, Florida 33166
Tel. 305/477-6400
Fax 305/594-9162

By _____
DAVID R. CANNING
Florida Bar No. 217689