1004-1514        UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6155 CIV-FERGUSON

GEORGE ROBINSON

    Plaintiff,

v.

HVIDE MARINE INCORPORATED,

    Defendant,
_____/

### ORDER ON MOTION TO CONTINUANCE
### STATUS CONFERENCE

THIS CAUSE having come on to be heard, upon Defendant, HVIDE MARINE INCORPORATED Motion to Continue Status Conference and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Defendant's Motion to Continue Status Conference be and the same is hereby granted. It is further,

ORDERED AND ADJUDGED that the Status Conference be rescheduled for MAY 1, 2000 AT 4:15 p.m.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Broward County, Florida this 25TH day of April, 2000.

_____
DISTRICT COURT JUDGE

cc:   David R. Canning, Esq.
      Arthur Roth, Esq.

