# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### HONORABLE  WILKIE D. FERGUSON, JR.

### CIVIL MINUTES

1.    Case No. _O O 6155_                    Date:  May 1, 2000

2.    Style _G. Robinson v. HVide Marine_

3.    Plaintiff's Counsel: _Arthur Roth_

4.    Defendant's Counsel: _D. Canning_

5.    Type of Proceeding: _Status Conf._

6.    Result of hearing:         Motion Granted          Motion Denied

                                    ☐                        ☐

7.    Case Continued to:_____ Trial Set for_____

8.    Does the case require mediation?_____

Notes_ _T. R. will be Dec. 18._

Law Clerk:            Derek Lewis

Courtroom Deputy:    Troy Walker

Courtroom Reporter:  Paul Haferling