1004-1514

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6155 CIV-FERGUSON

GEORGE ROBINSON

    Plaintiff,

v.

HVIDE MARINE INCORPORATED,

    Defendant,
_____/



## NOTICE OF STIPULATION OF MEDIATOR

Pursuant to the Order of Referral to Mediation entered by this Court on May 22, 2000, the parties have mutually agreed upon the designation of the following Certified Civil Mediator, to conduct the Mediation Conference for this cause:

| | | |
|---|---|---|
| Name | : | Gary F. Canner, Esq. |
| Address | : | Dade Mediation Associates |
| | | P.O. Box 830503 |
| | | Miami, FL 33283 |
| Telephone No.: | | (305) 595-3653 |

In accordance with the Order of Referral to Mediation, this mediation is designated to mediate without further Order of Court.

Dated this ____ day of May, 2000.

CANNING & MURRAY, P.A.
Attorneys for Defendant
Trenton Building - Suite 300
8300 N.W. 53rd Street
Miami, FL 33166

By: _____
David R. Canning, Esq.
Florida Bar No.:217689

ARTHUR ROTH, ESQ.
Attorney for Plaintiff
14 N.E. First Avenue
#1100
Miami, Florida 33132

By: _____
Arthur Roth, Esq.
Florida Bar No.:

cc:    Gary F. Canner, Esq.
        Mediation/Arbitration Division
        Honorable Wilkie D. Ferguson, Jr.