1004-1514

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6155 CIV-FERGUSON

GEORGE ROBINSON

    Plaintiff,

v.

HVIDE MARINE INCORPORATED,

    Defendant,

_____/

FILED by _____ D.C.

JUN 0 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### NOTICE OF VACATION AND UNAVAILABILITY

THE UNDERSIGNED ATTORNEY hereby files this Notice with the Court and all Counsel of Record in this matter that he will be out of the State of Florida or otherwise unavailable from **Monday, July 10, 2000 though Monday, July 31, 2000**, for any hearings, depositions or other proceedings in this matter.

Counsel respectfully requests that no matters be scheduled during this period.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail on this 5 day of June, 2000, to Arthur Roth, Esquire, 14 N.E. First Avenue, #1100, Miami, Florida 33132.

CANNING & MURRAY, P.A.
Attorneys for Defendant
8300 N.W. 53rd Street, Suite 300
Miami, Florida 33166
Tel. 305/477-6400
Fax 305/594-9162

By_____
DAVID R. CANNING
Florida Bar No. 217689