1004-1514

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6155 CIV-FERGUSON

GEORGE ROBINSON
    Plaintiff,

v.

HVIDE MARINE INCORPORATED,
    Defendant.
_____/



### NOTICE OF TAKING DEPOSITION DUCES TECUM

TO:   Arthur Roth, Esquire
      14 N.E. First Avenue, #1100
      Miami, Florida 33132.

PLEASE TAKE NOTICE that the undersigned attorneys will take the deposition of:

| **NAME** | **DATE AND TIME** | **PLACE OF TAKING** |
|---|---|---|
| Records Custodian of | Monday, | Offices of Canning & Murray, P.A. |
| Dr. Juan Delgado | July 17, 2000 | 8300 NW 53rd Street, Suite 300 |
| | at 4:30 p.m. | Miami, Florida 33193 |

upon oral examination before **MOCEGA & ASSOCIATES**, a Notary Public or any other officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on **this 28 day of June, 2000**, to the above-named addressee.

          CANNING & MURRAY, P.A.
          Attorneys for Defendant
          Trenton Building, Suite 300
          8300 N.W. 53rd Street
          Miami, Florida 33166
          Telephone: (305) 477-6400
          Facsimile: (305)594-9162

          By _____
          DAVID R. CANNING
          Florida Bar No. 217689