1004-1514

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6155 CIV-FERGUSON

GEORGE ROBINSON

    Plaintiff,

v.

HVIDE MARINE INCORPORATED,

    Defendant,
_____/

### NOTICE OF TAKING DEPOSITION

TO:   Arthur Roth, Esquire
      14 N.E. First Avenue
      #1100
      Miami, Florida 33132.

PLEASE TAKE NOTICE that the undersigned attorneys will take the deposition of:

| NAME | DATE AND TIME | PLACE OF TAKING |
|---|---|---|
| Mr. George Robinson | Thursday, August 3, 2000<br>1:30 p.m. | Canning & Murray, P.A.<br>8300 NW 53rd Street<br>Suite 300<br>Miami, Florida 33193 |

upon oral examination before JULIO MOCEGA & ASSOCIATES, Notaries Public, or any other notary public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. This deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the rules of court.



WE HEREBY CERTIFY that a true copy of the Notice of Taking Deposition was faxed and mailed to the above addressee(s) herein this 29 day of June, 2000.

CANNING & MURRAY, P.A.
Attorneys for Defendant
8300 N.W. 53rd Street
Trenton Building, Suite 300
Miami, Florida 33166
Tel. 305/477-6400

By /s/ David R. Canning
DAVID R. CANNING, ESQ.
FLORIDA BAR NO.: 217689

cc: Julio A. Mocega & Associates
25 S.E. 2nd Avenue
Suite 540
Miami, Florida 33131
(305) 374-0181