UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6155 CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff,

v.

HVIDE MARINE INCORPORATED,

    Defendant,
_____/

## MEMORANDUM OF LAW IN RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

**COMES NOW** the Defendant, HVIDE MARINE INCORPORATED, by and through its undersigned attorneys and for its response to Plaintiff's Motion to Amend Complaint filed on June 26, 2000, and states:

1. Defendant does not dispute Plaintiff's right to seek amendment or the general rule of liberality in granting such a request. While Defendant will certainly contest the merits of Plaintiff's claim, the cause of action asserted by Plaintiff is one which exists under general maritime law but Defendant cannot yet determine whether Plaintiff is suing for both failure to pay maintenance and cure and failure to treat.

2. Interjection of new issues at this late date with a discovery cut-off looming on October 9, 2000, may not leave the Defendant sufficient time to properly prepare for trial. To date, Plaintiff has refused to appear for deposition while claiming that he is first entitled to receive a copy of an independent medical examination report which Defendant has yet to receive. These delays in discovery and the interjection of new issues which may require further discovery, medical exams and



motions may cause Defendant to seek a continuance of the trial. Therefore, without prejudice to asserting such a motion when it is ripe, Defendant has no opposition to Plaintiff's Motion for Leave to Amend.

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was forwarded by U.S. mail **on this 7th day of July, 2000**, to Arthur Roth, Esq., 14 N.E. First Avenue, Suite 1100, Miami, Florida 33132.

> CANNING & MURRAY, P.A.
> Attorneys for Defendant
> 8300 N.W. 53rd Street, Suite 300
> Miami, Florida 33166
> Tel. 305/477-6400
> Fax 305/594-9162
>
> By _C. R. Murray_ (182928)
> DAVID R. CANNING
> Florida Bar No. 217689

X:\WPDOCS\1500\1514\Pleadings\1514070500memo re mtn for leave to amend complaint.wpd

-2-