1004-1514       UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA

                                        CASE NO. 00-6155 CIV-FERGUSON

GEORGE ROBINSON

        Plaintiff,

v.

HVIDE MARINE INCORPORATED,

        Defendant,
_____/

## NOTICE OF TAKING DEPOSITION DUCES TECUM

TO:   Arthur Roth, Esquire
      14 N.E. First Avenue
      #1100
      Miami, Florida 33132.

      PLEASE TAKE NOTICE that the undersigned attorneys will take the deposition of:

| **NAME** | **DATE AND TIME** | **PLACE OF TAKING** |
|---|---|---|
| Records Custodian of Radiology Imaging Assoc. a/k/a Per-Se Technologies | Friday, August 18, 2000 4:30 p.m. | Esquire Deposition Serv. 200 S. Indian River Drive Suite 307 Ft. Pierce, Florida 34950 |

upon oral examination before ESQUIRE DEPOSITION SERVICES, Notaries Public, or any other notary public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. This deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the rules of court.



WE HEREBY CERTIFY that a true copy of the Notice of Taking Deposition Duces Tecum was mailed to the above addressee(s) herein this ___7___ day of ~~June~~ Aug, 2000.

CANNING & MURRAY, P.A.
Attorneys for Defendant
8300 N.W. 53rd Street
Trenton Building, Suite 300
Miami, Florida 33166
Tel. 305/477-6400

By _____
DAVID R. CANNING, ESQ.
FLORIDA BAR NO.: 217689

cc: Esquire Deposition Services
    Fax No. (561) 832-9330