UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6155-Civ-FERGUSON

GEORGE ROBINSON

       Plaintiff

-v-

HVIDE MARINE INCORPORATED

       Defendant

_____/

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MEMORANDUM

On Plaintiff's motion to amend complaint, Defendant filed a response. Plaintiff responds as follows:

Defendant still refuses to provide medical care for Plaintiff pursuant to the request of his principal treating physician made to Defendant on December 1, 1999.

Defendant had plaintiff examined by a doctor of their choice on Good Friday. No report is filed, nor has Defendant authorized treatment.

Defendant claims Plaintiff has avoided deposition. One notice of deposition has been received by undersigned, and Plaintiff appeared for 3 hours of testimony.

Defendant suggests the trial be deferred. Plaintiff agrees that the trial cannot proceed until plaintiff's medical care is complete. We cannot know when that will be until Defendant authorizes resumption of treatment, and the treatment with possible surgery is completed.



IT IS CERTIFIED that a copy of the foregoing was mailed this ᐧᐧ day of

August, 2000, to CANNING & MURRAY, P.A., Attorneys for Defendant, 8300 N.W.

53rd Street, Trenton Building, Suite 300, Miami, Florida, 33166.

ARTHUR ROTH
Attorney for Plaintiff
14 N.E. First Avenue  Suite 1100
Miami, Florida  33132
(305) 371-5664

BY: _____
Fla. Bar #068866