UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6155-Civ-FERGUSON

GEORGE ROBINSON

    Plaintiff

-v-

HVIDE MARINE INCORPORATED

    Defendant

_____/

ORDER

  THIS CAUSE was considered on Plaintiff's Motion to File a Third Cause of Action as an Amendment to his Complaint; the Court being fully advised in the premises, it is thereupon,

  ORDERED that the motion is granted, and the proposed amendment to the complaint attached to Plaintiff's motion, is adopted an amendment to the complaint herein; Defendant shall respond ~~thereto~~ within 15 days ~~hereof~~.

  DONE AND ORDERED at Ft. Lauderdale, Florida, this 14th day of ~~June~~, SEP 2000.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Arthur Roth, Esquire
David Canning, Esquire

1