UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6155-Civ-FERGUSON

GEORGE ROBINSON

    Plaintiff

-v-

HVIDE MARINE INCORPORATED

    Defendant

_____/

FILED by _____ D.C.
DKTG

SEP 1 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## PROPOSED AMENDMENT TO THE COMPLAINT

### THIRD CAUSE OF ACTION

Plaintiff GEORGE ROBINSON alleges as follows:

    13.    Plaintiff repeats and realleges paragraphs 1 through 9 as if fully set forth herein at length.

    14.    Defendant is required by the General Maritime Law to provide Plaintiff with medical care and maintenance and cure until he attains maximum benefit of medical aid and attention.

    15.    Plaintiff was being treated by physicians of his choice at Defendant's expense; on or about October 26, 1999, the physician reported to Defendant that he felt Plaintiff was nearing maximum improvement regarding his right shoulder following surgery, and will continue therapy for a few more weeks prior to proceeding with any other treatment for his opposite (left) shoulder; on December 1, 1999, the physician sought authorization from Defendant to proceed with treatment of the left shoulder.

    16.    Upon receiving the physician's request for authorization, Defendant refused to grant such authorization until they got a second opinion from a




surgeon of their own choice; that despite repeated requests made by Plaintiff for Defendant to arrange an examination by Defendant's surgeon so that his treatment could proceed, Defendant negligently delayed an appointment until Good Friday; that as of the date hereof, Defendant's surgeon has not issued a report; Plaintiff has been without needed medical care since December, 1, 1999.

17. As a result of Defendant's failure to act on their insistence for a second opinion, Plaintiff has suffered the injury without relief of pain, has not had his form filled and executed by a doctor to pay for his mortgage, his condition seems to be getting worse, and he has otherwise been injured as a result of Defendant's failure to provide medical care.

18. As a result thereof, Plaintiff demands judgment on the Third Cause of Action against Defendant Hvide Marine Incorporated, in an amount in excess of $75,000.00.

ARTHUR ROTH
Attorney for Plaintiff
14 N.E. First Avenue #1100
Miami, Florida  33132
(305) 371-5664

BY: _____