UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6155 CIV-FERGUSON

GEORGE ROBINSON,

Plaintiff,

v.

HVIDE MARINE INCORPORATED,

Defendant,
_____/

## ANSWER TO AMENDED COMPLAINT

**COMES NOW** the Defendant, HVIDE MARINE INCORPORATED, by and through its undersigned attorneys and for its Answer to the Plaintiff's Amendment to the Complaint adopts and realleges its previous Answer to the first Complaint which Answer was filed on February 22, 2000, and in addition states:

13. This Defendant adopts and realleges its responses to paragraphs 1 through 9 as if specifically set forth herein and further states:

14. Denied.

15. Denied.

16. Denied.

18. Denied.

### Affirmative Defenses

7. This Defendant affirmative alleges that the Plaintiff's claim for maintenance and cure fails to state a cause of action in that Plaintiff is seeking to recover for injuries which did not occur while in the employment of this Defendant, pre-existed the accident sued upon and otherwise are not covered under the doctrine of maintenance and cure.



8.  This Defendant affirmatively alleges that the Plaintiff misrepresented, concealed and/or failed to disclose his previous medical conditions to the Defendant in his application for employment and during his physical examination and as such, has forfeited his right to receive maintenance and cure for the injuries sought herein.

9.  This Defendant affirmatively alleges that the Plaintiff's claim for maintenance and cure and damages associated therein resulted from his own willful misconduct in failing to control pre-existing diabetic conditions which were neither caused by any alleged claim herein nor aggravated by any such claim herein and as such, Plaintiff's claim for maintenance and cure is void for such willful misconduct.

**WHEREFORE** the Defendant, HVIDE MARINE INCORPORATED, respectfully submits that this Honorable Court should dismiss the Plaintiff's Amendment to the Complaint with prejudice and award this Defendant the costs of this action and demands trial by jury of all issues so triable as a matter of right.

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was served via U.S. Mail to Arthur Roth, Esq., 14 N.E. First Avenue, Suite 1100, Miami, Florida 33132 **on this 10th day of October, 2000.**

> CANNING & MURRAY, P.A.
> Attorneys for Defendant
> 8300 N.W. 53rd Street, Suite 300
> Miami, Florida 33166
> Tel. 305/477-6400
> Fax 305/594-9162
>
> By _/s/ David R. Canning_
> DAVID R. CANNING
> Florida Bar No. 217689

X:\WPDOCS\1500\1514\Pleadings\1514100300ans to amend comp.wpd