UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6155 CIV-FERGUSON

GEORGE ROBINSON,

Plaintiff,

v.

HVIDE MARINE INCORPORATED,

Defendant,

_____/

## MEMORANDUM OF LAW

**COME NOW** the parties hereto, by and through their undersigned counsel, and pursuant

to Rule 4 of the Federal Rules of Civil Procedure and local Rule 7.6 submit this Memorandum of

Law in support of their Joint Motion for Continuance state:

1.     This Court has inherent discretion pursuant to Rule 4 of the Federal Rules of Civil

Procedure and local Rule 7.6 to continue the trial of this case upon good cause shown by either party.

Based upon the attached affidavit of counsel for the Defendant, the parties submit that this Court

should grant their Motion to Continue.

ARTHUR ROTH, ESQ.
Israel Discount Bank Building
14 N.E. First Avenue, Suite 1100
Miami, Florida 33132-2404
Tel. 305/371-5664
Fax 305/371-6049

By_____

ARTHUR ROTH
Florida Bar No. _0 6 8 Y 6 6_

CANNING & MURRAY, P.A.
Attorneys for Defendant
8300 N.W. 53rd Street, Suite 300
Miami, Florida 33166
Tel. 305/477-6400
Fax 305/594-9162

By_____

DAVID R. CANNING
Florida Bar No. 217689

X:\WPDOCS\1500\1514\Pleadings\1514101300memo of law.wpd