UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OCT 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NO. 00-6155 CIV-FERGUSON

GEORGE ROBINSON,

   Plaintiff,

v.

HVIDE MARINE INCORPORATED,

   Defendant,
_____/

## ORDER ON JOINT MOTION FOR CONTINUANCE

**THIS CAUSE** having come on to be heard upon the parties Joint Motion and Stipulation for Continuance and the Court having considered the Motion, Memorandum and Affidavit submitted, it is

**ORDERED AND ADJUDGED** that the parties' Joint Motion for Continuance is hereby **granted**. This cause is hereby removed from the two-week trial calendar commencing December 18, 2000, and is hereby reset on the Court's  TWO ~~week~~ week calendar commencing Jan. 16, 2001. Call of the Calendar is hereby scheduled for Jan. 08, 2001 at 4:15 p.m. The Court's prior Pretrial Order shall remain in effect with respect to the new date and all pretrial disclosures will be calendared based upon the new trial date.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, on Oct. 19, 2001.

_____
U.S. District Court Judge

Conformed copies to:

Arthur Roth, Esq.
David R. Canning, Esq.

