UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6155-CIV-
FERGUSON

GEORGE ROBINSON

    Plaintiff

-v-

HVIDE MARINE INCORPORATED

    Defendant

_____/

## PLAINTIFF'S MOTION FOR CONTINUANCE OF TRIAL

COMES NOW Kim Ewing Wiles, on behalf of Plaintiff's attorney of record, Arthur Roth, and respectfully moves this Court for the entry of an order continuing the trial herein, and in support thereof states:

    1.    Undersigned attorney is Arthur Roth's former associate and now resides and practices in Palm Beach County. Arthur Roth is a sole practitioner.

    2.    Last week, Arthur Roth underwent serious surgery on an emergency basis and is still in the hospital. Undersigned has been requested by Mr. Roth to file this motion on his behalf.

    3.    The trial in this cause is currently scheduled for the two-week period commencing January 16, 2001, and the calendar call scheduled for January 8, 2001.

    4.    Due to the anticipated lengthy recuperation period Mr. Roth will be facing after leaving the hospital, he will not be able to prepare this case for trial as currently scheduled. As of this date it is unknown when he will be able to return to his office to resume his practice.

5.  That prior to filing this motion, undersigned contacted the defense attorney, David Canning, and discussed the situation with him. He has no objection to this motion and agrees with same.

6.  Undersigned requests that the trial of this case be continued for a period of six months.

7.  Undersigned's affidavit is attached hereto.

### Memorandum of Law

Pursuant to Rule 4, Federal Rules of Civil Procedure, and Local Rule 7.6, the Court has the discretionary power to continue the trial as requested upon a showing of good cause. It is respectfully submitted that Mr. Roth's medical condition constitutes an exceptional circumstance and good cause exists to grant this motion.

WHEREFORE, it is respectfully requested that this motion be granted and the trial of this cause continued for a period of six months.

IT IS CERTIFIED that a copy of the foregoing was mailed this __6__ day of December, 2000, to David R. Canning, Esquire, 8300 N.W. 53rd Street, Suite 300, Miami, Florida, 33166, and Arthur Roth, 14 N.E. First Avenue, Suite 1100, Miami, Florida, 33132.

KIM EWING WILES  
Attorney at Law  
P.O. Box 1542  
Boca Raton, Florida  33429  
(561) 395-3237

BY: _____

STATE OF FLORIDA
PALM BEACH COUNTY

Personally appeared KIM EWING WILES, and after first being duly sworn, states that the statements contained in the foregoing motion for continuance are true and correct.

*KIM EWING WILES*

SWORN TO AND SUBSCRIBED before me this 6 day of December, 2000. Affiant is personally known to me (X) or produced the following form of identification.

William P Bohn
My Commission CC893375
Expires December 07, 2003

NOTARY PUBLIC, State of Florida
at large

My commission expires: