UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6155 CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff,

v.

HVIDE MARINE INCORPORATED,

    Defendant,
_____/

## DEFENDANT'S NOTICE OF DISCLOSURE OF EXPERT WITNESSES

**COMES NOW** the Defendant, HVIDE MARINE INCORPORATED, by and through its undersigned counsel and pursuant to this Honorable Court's pretrial Order hereby files its Disclosure of Expert Witnesses:

1. Captain Stephen Robbins
   7644 S.W. 179th Terrace
   Miami, FL  33157
   (expert liability)

2. Dr. H. Donald Lambe
   3540 Forest Hill Boulevard
   Suite 102
   West Palm Beach, FL  33406
   (expert damages)

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was served via U.S. Mail to Arthur Roth, Esq., 14 N.E. First Avenue, Suite 1100, Miami, Florida 33132 on this 8th day of December, 2000.

    CANNING & MURRAY, P.A.
    Attorneys for Defendant
    8300 N.W. 53rd Street, Suite 300
    Miami, Florida 33166
    Tel. 305/477-6400
    Fax 305/594-9162

    By_____
    DAVID R. CANNING
    Florida Bar No. 217689

X:\WPDOCS\1500\1514\Pleadings\1514120800exp wit disclosure.wpd