FILED by *cx* D.C.

DEC 18 2000

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6155-CIV-
FERGUSON

GEORGE ROBINSON

    Plaintiff

-v-

HVIDE MARINE INCORPORATED

    Defendant

_____/

IT IS ORDERED that this motion is hereby GRANTED. A NEW SCHEDULING ORDER WILL FOLLOW.

WILKIE D. FERGUSON, JR.
12/15/00
DATE

### PLAINTIFF'S MOTION FOR CONTINUANCE OF TRIAL

    COMES NOW Kim Ewing Wiles, on behalf of Plaintiff's attorney of record, Arthur Roth, and respectfully moves this Court for the entry of an order continuing the trial herein, and in support thereof states:

    1.    Undersigned attorney is Arthur Roth's former associate and now resides and practices in Palm Beach County. Arthur Roth is a sole practitioner.

    2.    Last week, Arthur Roth underwent serious surgery on an emergency basis and is still in the hospital. Undersigned has been requested by Mr. Roth to file this motion on his behalf.

    3.    The trial in this cause is currently scheduled for the two-week period commencing January 16, 2001, and the calendar call scheduled for January 8, 2001.

    4.    Due to the anticipated lengthy recuperation period Mr. Roth will be facing after leaving the hospital, he will not be able to prepare this case for trial as currently scheduled. As of this date it is unknown when he will be able to return to his office to resume his practice.

