

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

GEORGE ROBINSON,                    Case No. 00-6155-CIV-FERGUSON

    Plaintiff,

vs.

HVIDE MARINE, INC.,

    Defendant.
_____/

### ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon Defendant's Motion to Continue dated April 11, 2001. It is

**ORDERED AND ADJUDGED** that the Plaintiff shall show cause in writing within ten (10) days why this Court should not enter an Order dismissing this case without prejudice for failure to prosecute.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 12th day of April, 2001.

                                              WILKIE D. FERGUSON, JR.
                                              UNITED STATES DISTRICT JUDGE

copies provided:
Arthur Roth, Esq.
David Canning, Esq.