4331\Mc-Trl

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6155-CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendants.

_____/

## *MOTION FOR CONTINUANCE*

COMES NOW the Plaintiff, GEORGE ROBINSON by and through his undersigned attorney, and files this Motion for Continuance of Trial Date and states as follows:

1. This matter is scheduled for Trial during the two-week trial calendar beginning on July 16, 2001.
2. On or about November, 2000, the Plaintiff's counsel was diagnosed with cancer of the colon and Plaintiff's counsel underwent surgery on November 30, 2000. On January 22, 2001, Plaintiff's counsel underwent a second operation to remove his prostate.
3. Plaintiff's counsel is still being treated and undergoing chemotherapy once a week for the next six months.
4. Plaintiff's counsel will require additional time for rehabilitation and treatment, in effect, Plaintiff's counsel has temporarily closed his office.
5. The undersigned counsel has contacted other lawyers to take over the representation of the Plaintiff in this case and respectfully requests additional time to do so.



6. Based upon the aforementioned, Plaintiff's counsel has not been able to prepare for trial and therefore respectfully requests a continuance of the trial and all pretrial matters in this case.

7. The undersigned represents that he has conferred with counsel for Defendant, and advises the Court that counsel for Defendant has no objection to the filing of this Motion.

8. It is submitted that this additional time would be beneficial to the parties and to the Court, and will save judicial time and effort at a later date. Furthermore, neither the parties nor the Court would be unduly prejudiced by having additional time.

## *MEMORANDUM OF LAW*

The Federal Rules of Civil Procedure, Rule 6(b), in pertinent part provides that:

> "(b) Enlargement. When by these rules or by a notice given there under or by order of this Court an act is required or allowed to be done at or within a specified time, the Court for cause shown may at any time in its discretion... order the period enlarged..." See the case of Credon v. Taubnan, 7 R.F.D. 268 (D.C., Ohio 1947).

WHEREFORE, the Plaintiff respectfully prays that this Honorable Court enter an Order Removing the case from the Trial Calendar pending the rehabilitation of the undersigned and to enable the appointment of other counsel.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to David Canning, Esquire, CANNING & MURRAY, P.A., 8300 N.W. 53rd Street, Suite 300, Miami, FL 33166 this ____ day of April, 2001.

Respectfully submitted.

ARTHUR ROTH, ESQUIRE
8610 S.W. 20 Street
Miami, FL 33155

By _____
ARTHUR ROTH
F.B.N.:068866

## *AFFIDAVIT*

STATE OF FLORIDA)
                  ss.
COUNTY OF DADE  )

BEFORE ME, the undersigned authority, personally appeared, ARTHUR ROTH, personally known to me and who after first being duly sworn on oath, deposes and says:

1. I, ARTHUR ROTH, am a member of the Bar of the State of Florida and of the Court and represent the Plaintiff in this case.
2. I underwent surgery on November 30, 2000 and a second operation on January 22, 2001.
3. I am undergoing chemotherapy treatments once a week for the next six months.
4. I have temporarily closed my office so that I can undergo treatment and rehabilitation.
5. It is submitted that the additional time needed would be beneficial for all parties and the court, and that the additional time is necessary to appoint other counsel.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ARTHUR ROTH

SWORN TO AND SUBSCRIBED before
me in the County and State aforesaid
this __12__ day of April, 2001.

_____
Notary Public
Commission Expires:
4331/Affdt

OFFICIAL NOTARY SEAL
WILLIAM E CASSIDY
COMMISSION NUMBER
CC964530
MY COMMISSION EXPIRES
SEPT 26,2004