4331/Order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APR 16 2001

CASE NO: 00-6155-CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendant.

_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE

**THIS CAUSE** having come before the Court upon Plaintiff's Motion for Continuation and the Court having been otherwise fully advised in the premises, it is hereby;

**ORDERED AND ADJUDGED** that:

1. The Plaintiff's Motion for Continuance is hereby GRANTED. This continuance is not indefinite. Unless other counsel is obtained, within thirty (30) days, who is able to diligently prosecute this action, it will be dismissed without prejudice.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida on this 16th day of ____April____, 2001.

                                  UNITED STATES DISTRICT JUDGE

Copies Furnished To:
*Arthur Roth, Esquire*
*David R. Canning, Esquire*