4331/napp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO: 00-6155-CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendants.
_____/

## *NOTICE OF APPEARANCE*

NOTICE IS GIVEN that the undersigned attorney, WILLIAM E. CASSIDY, of the Law Offices of William E. Cassidy hereby enters his appearance as co-counsel on behalf of the Plaintiff, GEORGE ROBINSON, in the above style cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 7th day of May, 2001 to: David Canning, Esquire, CANNING & MURRAY, 8300 N.W. 53rd Street, Suite 300, Miami, Florida 33166, Arthur Roth, Esquire, 8610 S.W. 20 Street, Miami, FL 33155.

    LAW OFFICES OF WILLIAM E. CASSIDY
    Attorney for Plaintiff
    8370 W. Flagler Street, Suite 252
    Miami, Florida 33144
    Tel.: (305) 559-4962
    Fax: (305) 559-2163
    F.B.N. 0056162

    By: _____
    WILLIAM E. CASSIDY, ESQUIRE