4331/napp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6155-CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendants.
_____/

## NOTICE OF APPEARANCE

NOTICE IS GIVEN that the undersigned attorney, WILLIAM E. CASSIDY, of the Law Offices of William E. Cassidy hereby enters his appearance as co-counsel on behalf of the Plaintiff, GEORGE ROBINSON, in the above style cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 14 day of May, 2001 to: David Canning, Esquire, CANNING & MURRAY, 8300 N.W. 53rd Street, Suite 300, Miami, Florida 33166, Arthur Roth, Esquire, 8610 S.W. 20 Street, Miami, FL 33155.

> LAW OFFICES OF WILLIAM E. CASSIDY
> Attorney for Plaintiff
> 8370 W. Flagler Street, Suite 252
> Miami, Florida 33144
> Tel.: (305) 559-4962
> Fax: (305) 559-2163
> F.B.N. 266477
>
> By: _/s/ William E. Cassidy_
>     WILLIAM E. CASSIDY, ESQUIRE