JUN 1 1 2001

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

GEORGE ROBINSON,                     Case No. 00-6155-CIV-FERGUSON

    Plaintiff,

v.

HVIDE MARINE INC.,

    Defendant.
_____/

### ORDER SETTING PRETRIAL CONFERENCE

**PLEASE TAKE NOTICE** that this case has been set for a status conference before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207A, Ft. Lauderdale, Florida 33301, on July 9, 2001 at 4:15 p.m.**

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this ___ day of June, 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Copies provided:
William Cassidy, Esq.
David Canning, Esq.