UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JUN 1 1 2001

CASE NO. 00-6155 CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff,

v.

HVIDE MARINE INCORPORATED,

    Defendant.

> It is ORDERED that this Motion is hereby
> GRANTED (NOW FOR
> 10/20/00)
>
> WILKIE D. FERGUSON, JR.
> 6/11/01
> DATE

## REQUEST FOR PHYSICAL EXAMINATION

The Defendant, HVIDE MARINE INCORPORATED, files this Request for Physical Examination pursuant to the Federal Rules of Civil Procedure, and requests the Plaintiff GEORGE ROBINSON, to submit to an examination by Dr. H. Donald Lambe at 3540 Forest Hill Boulevard, Suite 102, West Palm Beach, Florida 33406, on November 21, 2000, at 3:00 p.m.. This examination will be limited to those areas for which the Plaintiff claims injury and damages in this lawsuit.

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was served via U.S. Mail to Arthur Roth, Esq., 14 N.E. First Avenue, Suite 1100, Miami, Florida 33132 **on this 18 day of October, 2000.**

CANNING & MURRAY, P.A.
Attorneys for Defendant
8300 N.W. 53rd Street, Suite 300
Miami, Florida 33166
Tel. 305/477-6400
Fax 305/594-9162

By _____
DAVID R. CANNING
Florida Bar No. 217689

X:\WPDOCS\1500-1514\Pleadings\1514\101600IME request.wpd