UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FIL ed D.C.
JUL 9 2001

HONORABLE WILKIE D. FERGUSON, JR.

CIVIL MINUTES

1. Case No. 00-6155  Date: 7/9/01
2. Style Robinson v. Hvide Marine Inc.
3. Plaintiff's Counsel: William Cassidy
4. Defendant's Counsel: David Canning
5. Type of Proceeding: Pretrial Conf.
6. Result of hearing:     Motion Granted ☐     Motion Denied ☐
7. Case Continued to: _____ Trial Set for 2/11/02
8. Does the case require mediation? _____

Notes: Plf. (Mr. Robinson) has sought new counsel other than William Cassidy (who was covering the case for former counsel Arthur Roth). Plf.'s new counsel has NOT filed a Notice of Appearance.

Both parties interested in mediation in Aug./Sept.

Ct. will enter new scheduling order (Feb. 2002)

Law Clerk:           Tori Monroe
Courtroom Deputy:    Troy Walker
Courtroom Reporter:  Stephen Franklin

39