UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6155-CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff,

v.

HVIDE MARINE INCORPORATED,

    Defendant.

_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

**COMES NOW** the Defendant and moves this Court for the entry of an order substituting counsel pursuant to which the law firm of **George, Hartz, Lundeen, Fulmer, Johnstone, King & Stevens** will be substituted as counsel for the law firm of **Canning & Murray, P.A.** in this cause.

DAVID R. CANNING, ESQ.
CANNING & MURRAY, P.A.
Trenton Building, Suite 300
8300 N.W. 53rd Street
Miami, Florida 33166
Tel: 305-477-6400
Fax: 305-594-9162

DAVID R. CANNING, ESQ.
GEORGE, HARTZ, LUNDEEN, FULMER,
JOHNSTONE, KING & STEVENS
4800 LeJeune Road
Miami, Florida 33146
Tel: 305-662-4800
Fax: 305-663-0140

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail on this **6th day of July, 2001**, to Arthur Roth, Esq., 8610 S.W. 20th Street, Miami, Florida 33155; and William E. Cassidy, Esq., 8370 W. Flagler Street, Suite 252, Miami, Florida 33144.

> GEORGE, HARTZ, LUNDEEN, FULMER,
> JOHNSTONE, KING & STEVENS
> Attorneys for Defendant
> 4800 LeJeune Road
> Coral Gables, Florida 33146
> Tel. 305-662-4800
> Fax 305-663-0140
>
> By _____
> DAVID R. CANNING
> Florida Bar No. 217689

X:\WPDOCS\1500\1514\Pleadings\1514070601stip for sub of counsel.wpd

-2-

GEORGE, HARTZ, LUNDEEN, FULMER, JOHNSTONE, KING & STEVENS
4800 LEJEUNE ROAD, CORAL GABLES, FLORIDA 33146 • TELEPHONE (305) 662-4800