UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6155-CIV-FERGUSON

FI_____ _____ D.C.

JUL 10 2001

GEORGE ROBINSON,

　　　Plaintiff,

v.

HVIDE MARINE INCORPORATED,

　　　Defendant.
_____/

## ORDER SUBSTITUTING COUNSEL

**THIS CAUSE** having come on to be heard before the Court on the Stipulated Motion for Substitution of Counsel, it is hereby

**ORDERED AND ADJUDGED** that:

1.　　The law firm of **Canning & Murray, P.A.** is hereby given leave to withdraw as counsel of record.

2.　　The law firm of **George, Hartz, Lundeen, Fulmer, Johnstone, King & Stevens** is hereby substituted for the law firm of **Canning & Murray, P.A.** as attorneys of record for the Defendant in this cause and all further notices for the purpose of this action shall be served upon **David R. Canning, Esq., George, Hartz, Lundeen, Fulmer, Johnstone, King & Stevens, 4800 Le Jeune Road, Coral Gables, Florida 33146.**

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida on July 10th 2001.

JUDGE, U.S. DISTRICT COURT

cc:　David R. Canning, Esq.
　　　Arthur Roth, Esq.
　　　William E. Cassidy, Esq.

43