UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6155-CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendant.
_____/

**MOTION TO EXTEND TIME TO SELECT MEDIATOR AND CONDUCT MEDIATION**

COMES NOW the plaintiff, GEORGE ROBINSON, by and through his undersigned attorneys, and hereby requests the entry of an Order extending the time to select a mediator in this matter and as grounds therefore would show onto the court as follows:

1.    That the undersigned attorney has recently been retained by the plaintiff in this matter, due to the semi-retirement and health of the prior attorney, Arthur Roth.

2.    That pursuant to this court's Order of referral to mediation, a mediator was to have been selected by July 25th.

3.    That the undersigned is presently in the process of substituting as counsel and has only recently returned from vacation.

4.    That the undersigned will require at least ten to fifteen days to contact the defendant's counsel, David Canning, Esquire, and to mutually select an acceptable mediator in this case. The undersigned hereby attaches a copy of a letter to Mr. Canning with regard to the selection of a mediator in this matter.

5.    That in addition, the undersigned respectfully requests an extension of thirty days

1

in which to complete mediation in order to allow time to review the file and discuss this matter with the plaintiff to properly prepare for the mediation in this matter.

6. That the extensions requested should not prejudice any of the other dates in this court's revised Pretrial Order.

**Memorandum of Law**

The plaintiff brings this motion pursuant to Local Rule 7.1(A)(1)(j).

WHEREFORE, Plaintiff prays for an extension of time of ten to fifteen days to select a mediator and a further extension of thirty days in which to complete mediation in this matter.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this July 25, 2001 to: David Canning, Esq., 4800 LeJeune Road, Coral Gables, Florida 33146, William E. Cassidy, Esq., 8370 W. Flagler Street, Suite 252, Miami, Florida 33144 and Arthur Roth, Esq., 8610 SW 20th Street, Miami, Florida 33155.

WAKS & BARNETT, P.A.
Attnys for Plaintiffs
7103 S.W. 102nd Avenue
Miami, Florida 33173
Tel: (305) 271-8282

By: _____
ANDREW L. WAKS

2

# WAKS & BARNETT, P.A.

*Attorneys at Law*

Andrew L. Waks*
Joel M. Barnett

Yadira R. Pedraza

*Board Certified in
 Admiralty & Maritime Law

July 25, 2001

David Canning, Esq.
GEORGE HARTZ LUNDEEN FULMER et al
4800 Le Jeune Road
Coral Gables, Florida 33146

    Re;    George Robinson vs. Hvide Marine Incorporated
           U.S. District Court case no: 00-6155-CIV-FERGUSON

Dear David,

    Please be advised that I have now entered into a substitution of counsel on this case.

    Please contact me at your earliest opportunity so that we can select a mediator and arrange for a mediation as soon as possible.

                              Very truly yours,

                              WAKS & BARNETT, P.A.

                              Andrew L. Waks

mc
enc

7103 S.W. 102 Avenue, Miami, Florida 33173

Dade: (305) 271-8282                                             Fax: (305) 595-9776
Broward: (954) 464-6667                               Toll Free: (800) 905-2891
                           E-mail: Waksbar@aol.com