4331/sub-coun

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6155-CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendant.

_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

The law firm of WAKS & BURNETT, P.A. and the LAW OFFICES OF WILLIAM E. CASSIDY hereby stipulate to the substitution of Andrew L. Waks, Esquire, WAKS & BURNETT, P.A. for the LAW OFFICES OF WILLIAM E. CASSIDY and Arthur Roth, Esquire as counsel of record for Plaintiff, George Robinson. Upon the entry of the Order approving said substitution, LAW OFFICES OF WILLIAM E. CASSIDY & Arthur Roth, Esquire are relieved of all obligations regarding this matter.

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by regular U.S. Mail on this 25th day of July 2001 to David R. Canning, Esquire, GEORGE HARTZ LUNDEEN FULMER JOHNSTONE KING & STEVENS, 4800 Le Jeune Road, Coral Gables, FL 33146.



ARTHUR ROTH, ESQUIRE
8610 S.W. 20 Street
Miami, FL 33155

LAW OFFICES OF WILLIAM E. CASSIDY
8370 W. Flagler Street
Suite 252
Miami, Florida 33144
Tel:   (305) 559-4962
Fax:   (305) 559-2163

By _____
WILLIAM E. CASSIDY, ESQUIRE

F.B.N. 266477

WAKS & BURNETT, P.A.
7103 S.W. 102 Avenue
Miami, FL 33173
Tel:   (305) 271-8282
Fax:   (305) 595-9776

By:_____
ANDREW L. WAKS, Esquire

F.B.N. 241350