

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6155-CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendant.

_____/



It is ORDERED that this Motion is hereby GRANTED.

WILKIE D. FERGUSON, JR.

08-07-01
DATE

**MOTION TO EXTEND TIME TO SELECT MEDIATOR AND CONDUCT MEDIATION**

    COMES NOW the plaintiff, GEORGE ROBINSON, by and through his undersigned attorneys, and hereby requests the entry of an Order extending the time to select a mediator in this matter and as grounds therefore would show onto the court as follows:

    1.    That the undersigned attorney has recently been retained by the plaintiff in this matter, due to the semi-retirement and health of the prior attorney, Arthur Roth.

    2.    That pursuant to this court's Order of referral to mediation, a mediator was to have been selected by July 25th.

    3.    That the undersigned is presently in the process of substituting as counsel and has only recently returned from vacation.

    4.    That the undersigned will require at least ten to fifteen days to contact the defendant's counsel, David Canning, Esquire, and to mutually select an acceptable mediator in this case. The undersigned hereby attaches a copy of a letter to Mr. Canning with regard to the selection of a mediator in this matter.

    5.    That in addition, the undersigned respectfully requests an extension of thirty days

