UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6155-CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendant.
_____/



FILED by ___ad___ D.C.

AUG 0 7 2001

## ORDER GRANTING STIPULATION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE having come before the Court upon Stipulation for Substitution of Counsel and the Court having been otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

1.   The Stipulation for Substitution of Counsel is hereby GRANTED.

2.   Andrew L. Waks, Esquire, WAKS & BARNETT, P.A. is hereby substituted for The Law Offices of William E. Cassidy and Arthur Roth, Esquire, as attorneys of record for the Plaintiff in this cause and all further notices for the purposes of this action shall be served upon Andrew L. Waks, Esquire, Waks & Barnett, P.A., 7103 S.W. 102 Avenue, Miami, FL 33173.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida on this 7th day of _August_, 2001.

UNITED STATES DISTRICT JUDGE

Copies furnished to:
William E. Cassidy, Esq.
David R. Canning, Esq.
Arthur Roth, Esq.
Andrew L. Waks, Esq.