UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6155-CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff,

v.

HVIDE MARINE INCORPORATED,

    Defendant,
_____/



### CORRECTED NOTICE OF OBJECTIONS TO INTERROGATORIES

COMES NOW the Defendant, HVIDE MARINE INCORPORATED, by and through its undersigned attorneys and hereby notifies the Plaintiff of its corrected objections to the following interrogatories which due to clerical error were incorrectly designated as an objection to Interrogatory No. 8 instead of No. 9 and adds an omitted objection as follows:

    6. (b)    Objection -- work product.

    9.    Objection -- work product.

    11.    Objection to content of statements on basis of work product.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail **on this 15th day of August, 2001**, to Andrew L. Waks, Esq., Waks & Burnett, P.A., 7103 S.W. 102nd Avenue, Miami, Florida 33173.

    GEORGE, HARTZ, LUNDEEN, FULMER,
    JOHNSTONE, KING & STEVENS
    Attorneys for Defendant
    4800 LeJeune Road
    Coral Gables, Florida 33146
    Tel. 305-662-4800
    Fax 305-663-0140

    By_____
    DAVID R. CANNING
    Florida Bar No. 217689

X:\WPDOCS\1714\21985\Pleadings\081401corrected ntc of objs to interrogs.wpd