UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE ROBINSON

        Plaintiff,

vs

HVIDE MARINE

        Defendant,

_____/

CASE NO: 00-6155-CIV-FERGUSON

NOTICE OF MEDIATION

ORIGINAL

Yadira R. Pedraza, Esquire
Waks & Barnett, P.A.
7103 Southwest 102 Avenue
Suite A
Miami, FL 33173

David Canning, Esquire
George, Hartz & Lundeen
4800 Le Jeune Road
Coral Gables, Florida 33146

**YOU ARE HEREBY NOTIFIED**, pursuant to the agreement of the parties, a Mediation Conference shall be held in this case before **Rick G. Ciravolo, Esquire** of Mediation, Inc., Biscayne Building, Suite 1100, 19 West Flagler Street, Miami, FL 33130 on October 15, 2001 at 1:00 PM. Any correspondance with the Mediator shall be directed to Mediation, Inc., PO Box 4978, Fort Lauderdale, Florida, 33338, FAX (954)767-0505. **3.00 hours have been reserved.**

"If you are a person with a disability who needs any accomodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator in the Administration Office of Mediation, Inc., 100 Southeast Third Avenue, Fort Lauderdale, Florida 33394, Telephone (954) 764-1000 or (800) 741-7000, within two (2) working days of the receipt of this Notice of Mediation."

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mediation has been provided by mail to the above named addressees this 1st day of October, 2001.

MEDIATION, INC

By _____

**JAMES B. CHAPLIN, ESQUIRE**
**Florida Bar Number 110628**
**Post Office Box 4978**
**Fort Lauderdale, FL 33338**
**Telephone: (954) 764-1000**
               **(800) 741-7000**