UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6155-CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff,

v.

HVIDE MARINE INCORPORATED,

    Defendant.
_____/



### RESPONSE TO PLAINTIFF'S REQUEST TO INSPECT PREMISES

**COMES NOW** the Defendant, HVIDE MARINE INCORPORATED, by and through its undersigned attorneys and for its Response to Plaintiff's Request to Inspect Premises states:

This Defendant does not object to an inspection of the scene of the accident onboard the "M/V Seabulk America" as long as the inspection takes place at a mutually convenient time and date for counsel, the Defendant and is done during the vessel's regularly scheduled itinerary. Furthermore, the inspection must be done in accordance with U.S. Coast Guard regulations as this vessel is a bulk chemical tanker and safety rules and regulations must be observed while all parties are onboard the vessel. Furthermore, Defendant will only agree to a visual inspection that does not require the disassembly of any ship's equipment or of appurtenances.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was served via U.S. mail **on this 9th day of October, 2001,** to Andrew L. Waks, Esq./Yadira R. Pedraza, Esq., Waks & Burnett, P.A., 7103 S.W. 102nd Avenue, Suite A, Miami, Florida 33173.

GEORGE, HARTZ, LUNDEEN, FULMER, JOHNSTONE, KING & STEVENS
Attorneys for Defendant
4800 LeJeune Road
Coral Gables, Florida 33146
Tel. 305-662-4800
Fax 305-663-0140

By _____
DAVID R. CANNING
Florida Bar No. 217689

X:\WPDOCS\2001 Cases\21985\Pleadings\092801res to req for inspection.wpd