

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE ROBINSON,                         CASE NO. 00-6155- CIV-FERGUSON

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendant.
_____/

## PLAINTIFF'S MOTION AND MEMORANDUM TO COMPEL RESPONSE TO SECOND REQUEST FOR PRODUCTION

The Plaintiff, GEORGE ROBINSON, by and through his undersigned counsel, hereby moves to compel the Defendant, HVIDE MARINE INCORPORATED, to respond to his Second Request for Production and states as follows:

1. On September 26, 2001, the Plaintiff served a Second Request for Production on the Defendant. A copy of the Request for Production is attached hereto as Exhibit A.

2. On or about October 19, 2001, the Plaintiff received an objection to the Request for Production. A copy of this response is attached hereto as Exhibit B.

3. The Plaintiff, a Jones Act seaman, was injured on or about February 20, 1999, while in the scope and course of his employment. As part of his allegations, Plaintiff is making a claim for failure to provide maintenance and cure (medical care). (Amended Complaint, June 26, 2000)

4. Plaintiff has a copy of an e-mail from the Captain of the subject vessel (produced in response to Second Request for Production) which states, "So much for following our medical procedures in Ops manual." A copy of this e-mail is attached hereto as Exhibit C. The e-mail also addressed failed attempts to provide Plaintiff with medical care.

5. Because of this e-mail, the undersigned requested the Operations Manual in its Second Request for Production (Exhibit A).



CASE NO. 00-6155- CIV-FERGUSON

6. The medical procedures outlined in the Operations Manual are material, relevant, and germane to the issue of maintenance and cure. From the e-mail, it is evident that Defendant failed to comply with its own standards for procuring medical attention to its injured crew members. Plaintiff has a right to see what those standards are and to question Defendant about those standards. Clearly, the standards and procedures are set out in the Operations Manual.

7. The Defendant also objects on the grounds of "proprietary and privileged" information. The undersigned does not understand the privilege objection–there certainly is not an attorney-client privilege. Further, the Plaintiff is not interested in any proprietary information, and would be amenable to having any such information deleted from its copy of the Manual. Plaintiff is only interested in the medical procedures set out in the Manual as well as any other portion of the Manual which has to do with the maintenance, upkeep or use of the area where Plaintiff's accident occurred.

WHEREFORE, the Plaintiff requests that the Court grant his Motion and compel the Defendant to respond to the Second Request for Production.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___ day of October, 2001, to David R. Canning, Esquire, George, Hartz, Lundeen, et al., attorneys for Defendant, 4800 Le Jeune Road, Coral Gables, Florida 33146.

WAKS & BARNETT, P.A.
Attorneys for Plaintiff
7103 S.W. 102 Avenue, Suite A
Miami, Florida 33173
Tel.:   (305) 271-8282
Fax:   (305) 595-9776

BY: _____
YADIRA R. PEDRAZA
FLORIDA BAR NO. 827355

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE ROBINSON,                           CASE NO. 00-6155- CIV-FERGUSON

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendant.
_____/

### PLAINTIFF'S SECOND REQUEST FOR PRODUCTION

The Plaintiff, GEORGE ROBINSON, by and through his undersigned attorney, hereby requests that Defendant, HVIDE MARINE INCORPORATED, produce the following items for inspection, testing and/or photocopying at the law offices of the undersigned within the time allowed pursuant to the applicable Federal Rules of Civil Procedure:

1. A copy of Hvide Marine Incorporated's Operations Manual in effect on February 20, 1999, the date of George Robinson's accident.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 26th day of September, 2001, to David R. Canning, Esquire, George, Hartz, Lundeen, et al., attorneys for Defendant, 4800 Le Jeune Road, Coral Gables, Florida 33146.

                              WAKS & BARNETT, P.A.
                              Attorneys for Plaintiff
                              7103 S.W. 102 Avenue, Suite A
                              Miami, Florida 33173
                              Tel.: (305) 271-8282
                              Fax: (305) 595-9776

                              BY: _____
                                  YADIRA R. PEDRAZA
                                  FLORIDA BAR NO. 827355

                                                      EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6155-CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff,

v.

HVIDE MARINE INCORPORATED,

    Defendant.
_____/

### RESPONSE TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION

COMES NOW the Defendant, HVIDE MARINE INCORPORATED, by and through its undersigned attorneys and for its Response to Plaintiff's Second Request for Production states:

1.    Objection -- proprietary and privileged information; immaterial and irrelevant; overly broad vague and ambiguous; unlimited in item, scope or category or relevance to this claim.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail on this 19th day of October, 2001, to Andrew L. Waks, Esq./Yadira R. Pedraza, Esq., Waks & Burnett, P.A., 7103 S.W. 102nd Avenue, Suite A, Miami, Florida 33173.

GEORGE, HARTZ, LUNDEEN, FULMER,
JOHNSTONE, KING & STEVENS
Attorneys for Defendant
4800 LeJeune Road
Coral Gables, Florida 33146
Tel. 305-662-4800
Fax 305-663-0140

By /s/ David R. Canning
DAVID R. CANNING
Florida Bar No. 217689

X:\WPDOCS\2001 Cases\21985\Pleadings\092801res to 2nd req for prod.wpd

EXHIBIT B

```
Date:    02/20/1999 6:31 PM
Sender: (SAME\America - Captain)
To:     RICH CARON; SONIA DIEDRICK
Priority: Normal
Subject: George Robinson (OS)
```

Sonia/Rich

Have tried all bases with getting him in to have a doctor look him over. No clinics open on weekends and Emergency Rooms tell me, if he isn't seriously injured they may not get to him. All I want is a doctor to look him over and say FFD or NFFD. So much for following our medical procedures in Ops Manuel. I would have an OS lined up for Wilmington. Make sure he is young enough to climb down into cargo tanks all day long.

Rummel/America

NNNN

EXHIBIT C