UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE ROBINSON

    Plaintiff,

CASE NO: 00-6155-CIV-FERGUSON

vs

RE NOTICE OF MEDIATION

HVIDE MARINE

    Defendant,

**ORIGINAL**

_____/

| | |
|---|---|
| Yadira R. Pedraza, Esquire | David Canning, Esquire |
| Waks & Barnett, P.A. | George, Hartz & Lundeen |
| 7103 Southwest 102 Avenue | 4800 Le Jeune Road |
| Suite A | Coral Gables, Florida 33146 |
| Miami, FL 33173 | |

**YOU ARE HEREBY NOTIFIED**, pursuant to the agreement of the parties, a Mediation Conference shall be held in this case before **Rick G. Ciravolo, Esquire** of Mediation, Inc., Biscayne Building, Suite 1100, 19 West Flagler Street, Miami, FL 33130 on November 20, 2001 at 1:00 PM. Any correspondance with the Mediator shall be directed to Mediation, Inc., PO Box 4978, Fort Lauderdale, Florida, 33338, FAX (954)767-0505. **3.00 hours have been reserved.**

"If you are a person with a disability who needs any accomodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator in the Administration Office of Mediation, Inc., 100 Southeast Third Avenue, Fort Lauderdale, Florida 33394, Telephone (954) 764-1000 or (800) 741-7000, within two (2) working days of the receipt of this Notice of Mediation."

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mediation has been provided by mail to the above named addressees this 29th day of October, 2001.

MEDIATION, INC.

By _____
JAMES B. CHAPLIN, ESQUIRE
Florida Bar Number 110628
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
           (800) 741-7000