UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE ROBINSON,

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendant.
_____/

CASE NO. 00-6155- CIV-FERGUSON



### PLAINTIFF'S WITNESS LIST

Plaintiff, GEORGE ROBINSON, by and through his undersigned counsel, hereby reserves the right to call the following witnesses to testify at the trial of this case:

1. George Robinson
   c/o Waks & Barnett, P.A.
   7103 S.W. 102 Ave., Suite A
   Miami, Florida 33173

2. Representative and/or Records Custodian of
   Hvide Marine Incorporated
   c/o George, Hartz, Lundeen, et al.
   4800 Le Jeune Road
   Coral Gables, Florida 33146

3. Rich Caron
   Hvide Marine Incorporated
   c/o George, Hartz, Lundeen, et al.
   4800 Le Jeune Road
   Coral Gables, Florida 33146

4. Sonya Diedrick
   Hvide Marine Incorporated
   c/o George, Hartz, Lundeen, et al.
   4800 Le Jeune Road
   Coral Gables, Florida 33146



CASE NO. 00-6155- CIV-FERGUSON

5. Fred Rosser
   Hvide Marine Incorporated
   c/o George, Hartz, Lundeen, et al.
   4800 Le Jeune Road
   Coral Gables, Florida 33146

6. Captain Gop Sparacino
   Hvide Marine Incorporated
   c/o George, Hartz, Lundeen, et al.
   4800 Le Jeune Road
   Coral Gables, Florida 33146

7. Harriet Paulding
   Hvide Marine Incorporated
   c/o George, Hartz, Lundeen, et al.
   4800 Le Jeune Road
   Coral Gables, Florida 33146

8. Captain Rummel
   Hvide Marine Incorporated
   c/o George, Hartz, Lundeen, et al.
   4800 Le Jeune Road
   Coral Gables, Florida 33146

9. Bosun who was working with George Robinson at the time of the accident
   Hvide Marine Incorporated
   c/o George, Hartz, Lundeen, et al.
   4800 Le Jeune Road
   Coral Gables, Florida 33146

10. The individual at the dock in Philadelphia who ran over to
    Mr. Robinson immediately after the accident
    Hvide Marine Incorporated
    c/o George, Hartz, Lundeen, et al.
    4800 Le Jeune Road
    Coral Gables, Florida 33146

11. Dr. H. Donald Lambe
    3540 Forest Hill Blvd., Suite 102
    West Palm Beach, Florida 33406

CASE NO. 00-6155- CIV-FERGUSON

12. Dr. Brett Thumb
    1801 Hilmor Drive, Suite C 207
    Port St. Lucie, Florida 34952

13. Michelle Robinson
    (Address to be provided)

14. Kimbolin Robinson
    (Address to be provided)

15. Zalika Robinson
    (Address to be provided)

16. George F. Robinson, Jr.
    (Address to be provided)

17. Dr. Catalino Viado
    Ft. Pierce Walk-in Medical Clinic
    1000 Virginia Avenue
    Fort Pierce, Florida 34982

18. Dr. Norman A. Palmeri
    2215 Nebraska Avenue
    Fort Pierce, Florida 34950

19. Dr. Juan Delgado
    9999 N.E. Second Avenue, Suite 217
    Miami, Florida 33138

20. Dr. Evans Durosean
    506 N. 7th Street
    Fort Pierce, Florida 33450

21. Records Custodian
    Industrial Health Center
    Northeastern Hospital
    2301 East Allegheny Avenue
    Philadelphia, PA 19134

22. Any and all individuals whose names arise in discovery.

CASE NO. 00-6155- CIV-FERGUSON

23. Any and all individuals who were named in Answers to Interrogatories.

24. Any and all individuals whose names came up in Responses to Requests for Production.

25. All witnesses who are themselves or the need for which is identified, disclosed or discovered subsequent to the service of this Witness List.

26. Rebuttal witnesses.

27. All witnesses listed in Defendant's Witness List.

28. Plaintiff reserves the right to amend his Witness List pending further discovery.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___ day of November, 2001, to David R. Canning, Esquire, George, Hartz, Lundeen, et al., attorneys for Defendant, 4800 Le Jeune Road, Coral Gables, Florida 33146.

WAKS & BARNETT, P.A.
Attorneys for Plaintiff
7103 S.W. 102 Avenue, Suite A
Miami, Florida 33173
Tel.: (305) 271-8282
Fax: (305) 595-9776

BY: _____
YADIRA R. PEDRAZA
FLORIDA BAR NO. 827355