UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6155-CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendant.
_____/

## PLAINTIFF'S EXHIBIT LIST

Plaintiff, GEORGE ROBINSON, by and through his undersigned counsel, hereby files his Exhibit List to be used at trial as follows:

1. Any and all medical bills generated by any of Mr. Robinson's medical practitioners.

2. All medical records including x-rays, medical reports and nurses' notes.

3. All checks evidencing payment of maintenance and cure.

4. Copies of all of Mr. Robinson's licenses, certifications, certificates as a seaman.

5. Mr. Robinson's resumé.

6. Photographs/videos of the area where Mr. Robinson's accident occurred and of the vessel the M/V SEA BULK AMERICA.

7. Mortality tables.

8. Any documents produced in response to Request for Production or identified in Answers to Interrogatories.

9. All exhibits listed by the Defendant.

10. Mr. Robinson's pre-employment physical conducted at Hvide Marine Incorporated.

CASE NO. 00-6155- CIV-FERGUSON

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 5th day of November, 2001, to David R. Canning, Esquire, George, Hartz, Lundeen, et al., attorneys for Defendant, 4800 Le Jeune Road, Coral Gables, Florida 33146.

> WAKS & BARNETT, P.A.
> Attorneys for Plaintiff
> 7103 S.W. 102 Avenue, Suite A
> Miami, Florida 33173
> Tel.: (305) 271-8282
> Fax: (305) 595-9776
>
> BY: _____
> YADIRA R. PEDRAZA
> FLORIDA BAR NO. 827355