UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6155 CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff,

v.

HVIDE MARINE INCORPORATED,

    Defendant,
_____/

### DEFENDANT'S WITNESS LIST

Pursuant to the Uniform Order Setting Trial Date and Discovery Schedule, Defendant, HVIDE MARINE INCORPORATED, files the following Witness Lists:

### WITNESS LIST

1. George F. Robinson
   c/o Waks & Barnett, P.A.
   7103 SW 102nd Avenue, Suite A
   Miami, Florida 33173

2. Michelle A. Robinson
   c/o Waks & Barnett, P.A.
   7103 SW 102nd Avenue, Suite A
   Miami, Florida 33173

3. Kimbolin M. Robinson
   c/o Waks & Barnett, P.A.
   7103 SW 102nd Avenue, Suite A
   Miami, Florida 33173

4. Zalika A. Robinson
   c/o Waks & Barnett, P.A.
   7103 SW 102nd Avenue, Suite A
   Miami, Florida 33173

1

5.  Dr. H. Donald Lambe
    3540 Forest Hill Boulevard, Suite 102
    West Palm Beach, Florida 33406

    * Expert witness *

6.  Dr. Catalino P. Viado
    Fort Pierce Walk-in Medical Clinic
    1000 Virginia Avenue
    Ft. Pierce, Florida 34982

7.  Medical Records Custodian of
    Dr. Catalino P. Viado
    Fort Pierce Walk-in Medical Clinic
    1000 Virginia Avenue
    Ft. Pierce, Florida 34982

8.  Dr. Norman A. Palmeri
    2215 Nebraska Avenue
    Ft. Pierce, Florida 34950

9.  Medical Records Custodian of
    Dr. Norman A. Palmeri
    2215 Nebraska Avenue
    Ft. Pierce, Florida 34950

10. Dr. Juan Delgado
    Med People Corp.
    9999 NE 2nd Avenue
    Suite 209
    Miami, Florida 33138

11. Medical Records Custodian of
    Dr. Juan Delgado
    Med People Corp.
    9999 NE 2nd Avenue
    Suite 209
    Miami, Florida 33138

12. Dr. Evans Durosean
    506 N. 7th Street
    Ft. Pierce, Florida 33450

GEORGE, HARTZ, LUNDEEN, FULMER, JOHNSTONE, KING & STEVENS
4800 LEJEUNE ROAD, CORAL GABLES, FLORIDA 33146 • TELEPHONE (305) 662-4800

13. Medical Records Custodian of
    Dr. Evans Durosean
    506 N. 7th Street
    Ft. Pierce, Florida 33450

14. Medical Records Custodian of
    Dr. H. Donald Lambe
    3540 Forest Hill Boulevard, Suite 102
    West Palm Beach, Florida 33406

15. Dr. Richard L. Stern
    1801 S. 23rd Street, Suite 5
    Ft. Pierce, Florida 34950

16. Medical Records Custodian of
    Dr. Richard L. Stern
    1801 S. 23rd Street, Suite 5
    Ft. Pierce, Florida 34950

17. Dr. Mark L. Marks
    Occupational Health Center
    3345 Burns Road, Suite 102
    Palm Beach Gardens, Florida 33410

18. Medical Records Custodian of
    Dr. Mark L. Marks
    Occupational Health Center
    3345 Burns Road, Suite 102
    Palm Beach Gardens, Florida 33410

19. Dr. R.G. Beaton
    Radiology Imaging Associates
    2306 Nebraska Avenue
    Ft. Pierce, Florida 34950

20. Medical Records Custodian of
    Dr. R.G. Beaton
    Radiology Imaging Associates
    2306 Nebraska Avenue
    Ft. Pierce, Florida 34950

GEORGE, HARTZ, LUNDEEN, FULMER, JOHNSTONE, KING & STEVENS
4800 LEJEUNE ROAD, CORAL GABLES, FLORIDA 33146 • TELEPHONE (305) 662-4800

21. Medical Records Custodian of
    Palm Beach Gardens Hospital
    3360 Burns Road
    Palm Beach Gardens, Florida 33410

22. Medical Records Custodian of
    Northeastern Hospital
    2301 E. Allegheny Avenue
    Philadelphia, PA 19134

23. Medical Records Custodian of
    Coastal Orthopaedic & Sports Medicine Center

24. Medical Records Custodian of
    Atlantic Surgery Center
    1707 S. 25th Street
    Ft. Pierce, Florida 34947

25. Records Custodian of
    Anderson/Kelly Associates, Inc.
    Occupational Health Resources
    125 Andover-Mohawk Road
    Andover, NJ 07821

26. Records Custodian of
    Orna Security
    1250 E. Hallandale Beach Blvd, Suite 503
    Hallandale Beach, Florida 33009

27. Records Custodian of
    Miami Steamship Agencies, Corp.
    3300 NW N. River Drive
    Miami, Florida 33142

28. Records Custodian of
    Abaco Treasure Limited, Inc.
    18 Fisherman's Wharf
    Ft. Pierce, Florida 34950

4

29. Stephanie Holmes
    Abaco Treasure Limited, Inc.
    18 Fisherman's Wharf
    Ft. Pierce, Florida 34950

30. Records Custodian of
    National Bulk Carriers, Inc.
    605 3rd Avenue
    New York, NY 10158

31. Records Custodian of
    Universe Tankship, Inc.
    1345 Avenue of the Americas
    New York, NY 10019

32. Records Custodian of
    Ergon International, Inc.
    3825 NW South River Drive
    Miami, Florida 33142

33. Captain George W. Rummel, Jr.
    c/o Seabulk International
    P.O. Box 13038
    Fort Lauderdale, FL   33316

34. Captain Kevin Green
    c/o Seabulk International
    P.O. Box 13038
    Fort Lauderdale, FL   33316

35. Jim Hempe
    c/o Seabulk International
    P.O. Box 13038
    Fort Lauderdale, FL   33316

36. Bill Ducey
    Chief Mate
    c/o Seabulk International, Inc.
    P.O. Box 13038
    Fort Lauderdale, FL   33316

GEORGE, HARTZ, LUNDEEN, FULMER, JOHNSTONE, KING & STEVENS
4800 LEJEUNE ROAD, CORAL GABLES, FLORIDA 33146 • TELEPHONE (305) 662-4800

37. Unidentified dockworker
    at GATX 179
    Philadelphia, Pa.

38. Deckhands working with Plaintiff whose names and addresses are currently unavailable.

39. Harriet Paulding
    c/o Seabulk International, Inc.
    P.O. Box 13038
    Fort Lauderdale, FL   33316

40. Capt. Steven Robbins
    7644 S.W. 179th Terrace
    Miami, FL 33157

    * Expert witness *

41. Any and all impeachment and rebuttal witnesses.

42. Any and all witnesses listed by Plaintiff in his Witness List or who may be later revealed by Plaintiff and/or identified in future discovery.

43. Any and all individuals listed in discovery.

44. Defendant reserves the right to supplement this Witness List in view of pending discovery upon due notice to the other parties.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail on this 7th day of November, 2001, to Andrew L. Waks, Esq/ Yadira R. Pedraza, Esq. Waks & Barnett, P.A., 7103 SW 102nd Avenue, Suite A, Miami, Florida 33173.

GEORGE, HARTZ, LUNDEEN, FULMER, JOHNSTONE, KING & STEVENS
4800 LEJEUNE ROAD, CORAL GABLES, FLORIDA 33146  •  TELEPHONE (305) 662-4800

GEORGE, HARTZ, LUNDEEN, FULMER,
JOHNSTONE, KING & STEVENS
Attorneys for Defendant
4800 LeJeune Road
Coral Gables, Florida 33146
Tel: 305-662-4800
Fax: 305-663-0140

By _____
DAVID R. CANNING
Florida Bar No. 217689

7