UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE ROBINSON,   CASE NO. 00-6155- CIV-FERGUSON

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendant.
_____/

### PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE
### TO MOTION TO COMPEL SECOND REQUEST FOR PRODUCTION

The Plaintiff, GEORGE ROBINSON, by and through his undersigned counsel, hereby files this Reply to Defendant's Response to Motion to Compel Second Request for Production and states as follows:

1. The parties are in agreement that the Defendant shall produce those portions of the Operations Manual which relate to the medical procedures to be followed by HVIDE MARINE.

2. However, the Defendant is incorrect in its response in assuming that the Plaintiff is only interested in the medical portion of the Operations Manual. The Plaintiff requested the entire Operations Manual because he believes other portions of it are relevant.

3. As stated before, the Plaintiff does not have any interest in any proprietary information. However, the Plaintiff does have an interest in any other portion of the manual which relates in any way to the issues in this case. For example, if there are any portions of the Operations Manual that deal with the upkeep or maintenance of the area where Plaintiff's accident occurred or the procedure to be followed in conducting the operations that Mr. Robinson was doing at the time his accident occurred, then the Plaintiff wants those portions of the Operations Manual.



CASE NO. 00-6155- CIV-FERGUSON

4. Because the Plaintiff has not read the Operations Manual, he cannot be any more detailed or descriptive as to what he wants, or what the manual contains.

5. Consequently, the Plaintiff requests that the Defendant produce the Operations Manual without any information that it deems to be proprietary.

WHEREFORE, the Plaintiff respectfully requests that this Court grant his Motion to Compel Response to Second Request for Production.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 13th day of November, 2001, to David R. Canning, Esquire, George, Hartz, Lundeen, et al., attorneys for Defendant, 4800 Le Jeune Road, Coral Gables, Florida 33146.

WAKS & BARNETT, P.A.
Attorneys for Plaintiff
7103 S.W. 102 Avenue, Suite A
Miami, Florida 33173
Tel.: (305) 271-8282
Fax: (305) 595-9776

BY: _____
YADIRA R. PEDRAZA
FLORIDA BAR NO. 827355