UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE ROBINSON,    CASE NO. 00-6155- CIV-FERGUSON

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendant.
_____/



## PLAINTIFF'S MOTION FOR CONTINUANCE

    The Plaintiff, GEORGE ROBINSON, by and through his undersigned counsel, hereby files this Motion for Continuance, and states as follows:

    1. This matter is scheduled for trial during the two-week trial period commencing February 11, 2002.

    2. The undersigned counsel became counsel of record on August 7, 2001. The undersigned counsel took over this case because the previous attorney, Arthur Roth, was diagnosed with an illness, and has subsequently closed his office.

    3. Because of Mr. Roth's illness, nothing was done to prepare the Plaintiff's case for trial. Depositions of the Defendant have not been taken, and very little written discovery has been conducted. The Plaintiff sent an initial set of interrogatories to the Defendant on June 12, 2001. These have not even been answered by the Defendant. On September 26, 2001, the undersigned sent a request to Defendant to depose several of its employees. The Defendant has not responded (see attached letters).

    4. The undesigned has attempted to conduct as much discovery as possible since becoming counsel of record but has had a difficult time moving the case forward.

CASE NO. 00-6155- CIV-FERGUSON

5. Because of the trial date and discovery deadlines, it will be very difficult for the Plaintiff to prepare his case for trial. The Plaintiff is requesting an additional four (4) months to complete discovery.

6. The attorney for the Defendant, David Canning, has no objection to this continuance.

**MEMORANDUM OF LAW**

The Federal Rules of Civil Procedure, Rule 6(b), in pertinent part, provide that:

> (b) Enlargement. When by these rules or by notice given thereunder or by order of this court and actions required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion . . . order the period enlarged . . ..

See Credon v. Tauban, 7 F.R.D. 268 (D.C. Ohio 1947).

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant this motion and enter an Order removing the case from its February trial docket.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 15 day of November, 2001, to David R. Canning, Esquire, George, Hartz, Lundeen, et al., attorneys for Defendant, 4800 Le Jeune Road, Coral Gables, Florida 33146.

WAKS & BARNETT, P.A.
Attorneys for Plaintiff
7103 S.W. 102 Avenue, Suite A
Miami, Florida 33173
Tel.:  (305) 271-8282
Fax:  (305) 595-9776

BY: _____
YADIRA R. PEDRAZA
FLORIDA BAR NO. 827855