UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6155-CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff,

v.

HVIDE MARINE INCORPORATED,

    Defendant.

_____/

## JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINE

COME NOW the Parties, GEORGE ROBINSON and HVIDE MARINE INCORPORATED, by and through their undersigned counsel and pursuant to the Federal Rules of Civil Procedure and Rule 7.1 (1)(j) and hereby file this Motion to Extend the Discovery Deadline and in support thereof state as follows:

1. On July 9, 2001, this Court entered its Revised Order Setting Trial Date and Discovery Schedule setting the discovery deadline for November 26, 2001.

2. Mediation in this case has been scheduled twice. However, it has never taken place.

3. Mediation was originally scheduled for October 25, 2001. This was canceled by Plaintiff's counsel due to a death in his family.

4. Mediation was reset for November 20, 2001. Plaintiff has canceled this mediation also, because they have sought to inspect the subject vessel prior to mediation. The vessel does not call at a port in Florida and it will be necessary to travel outside of the State of Florida to board and inspect the vessel.

5. Consequently, mediation will not take place prior to the end of the discovery period and the parties will need to conduct discovery if mediation is unsuccessful.

6. Counsel for the Plaintiff and Defendant are in agreement that an extension of the Discovery deadline will allow both parties to be able to schedule mediation, complete extensive discover needed to be prepared for trial and file appropriate pre-trial motions based upon the outcome of that discovery.

7. The Plaintiff has filed a Motion to Continue the trial currently set for the two-week period beginning February 11, 2002. The granting of that motion will render this request moot. The Defendant does not oppose Plaintiff's request for a continuance.

WHEREFORE, the parties respectfully request this Court enter an order extending the Discovery deadline in this matter forty-five (45) days in order to allow the parties to fully complete their discovery.

_____
Andrew L. Waks, Esq.
Waks & Burnett, P.A.
Attorneys for the Plaintiff
7103 S.W. 102 Avenue
Miami, Florida 33173
(305) 271-8282
(305) 595-9776
Fla. Bar No. _____

_____
David R. Canning, Esq.
GEORGE, HARTZ, LUNDEEN, FULMER,
JOHNSTONE, KING & STEVENS
Attorneys for Defendant
4800 LeJeune Road
Coral Gables, Florida 33146
(305) 662-4800
(305) 663-0140
Fla. Bar No.: 217689

X:\WPDOCS\2001 Cases\21985\Pleadings\1119 mot for ext of discovery.wpd

GEORGE, HARTZ, LUNDEEN, FULMER, JOHNSTONE, KING & STEVENS
4800 LEJEUNE ROAD, CORAL GABLES, FLORIDA 33146 • TELEPHONE (305) 662-4800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6155 CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff,

v.

HVIDE MARINE INCORPORATED,

    Defendant,
_____/

### ORDER ON JOINT MOTION FOR EXENSION

**THIS CAUSE** having come on to be heard upon the parties Joint Motion for Extension of the Discovery Deadline and the Court having considered the Motion, it is

**ORDERED AND ADJUDGED** that the parties' Joint Motion for Extension of the Discovery Deadline is hereby **granted** and the parties will have up to and including January 11th, 2002 to conclude discovery.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida, on _____.

                                                          _____
                                                          U.S. District Court Judge

Conformed copies to:

Arthur Roth, Esq.
David R. Canning, Esq.