

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE ROBINSON,    CASE NO. 00-6155- CIV-FERGUSON

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendant.
_____/

### PLAINTIFF'S MOTION TO COMPEL DISCOVERY

The Plaintiff, GEORGE ROBINSON, by and through his undersigned counsel, hereby moves to compel discovery, and as grounds therefor states as follows:

1. On June 12, 2001, the Plaintiff sent a First Set of Interrogatories to the Defendant, HVIDE MARINE INCORPORATED.

2. On September 26, 2001, the Plaintiff sent a Second Set of Interrogatories to the Defendant, HVIDE MARINE INCORPORATED. The Plaintiff received unexecuted Answers to the First Set of Interrogatories on or about November 26, 2001.

3. To date, the Plaintiff has not received Answers to his Second Set of Interrogatories.

4. In addition to the foregoing, Plaintiff requested that the Defendant produce several individuals for deposition. A copy of Plaintiff's letters to Defendant regarding these depositions are attached hereto.

5. Despite the repeated requests, the Defendant has not provided anyone for deposition.

6. The Plaintiff has moved to continue the trial of this matter currently set for the two-week trial period commencing February 11, 2002. The Plaintiff took over this matter from Arthur Roth, who withdrew due to medical reasons. Unfortunately, due to Mr. Roth's medical condition, he did not carry out any discovery.

CASE NO. 00-6155- CIV-FERGUSON

WHEREFORE, the Plaintiff requests that the Court enter an Order compelling the Defendant to answer both sets of Interrogatories and provide the requested witnesses for deposition.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 29th day of November, 2001, to David R. Canning, Esquire, George, Hartz, Lundeen, et al., attorneys for Defendant, 4800 Le Jeune Road, Coral Gables, Florida 33146.

WAKS & BARNETT, P.A.
Attorneys for Plaintiff
7103 S.W. 102 Avenue, Suite A
Miami, Florida 33173
Tel.: (305) 271-8282
Fax: (305) 595-9776

BY: _____
YADIRA R. PEDRAZA
FLORIDA BAR NO. 827355

**WAKS & BARNETT, P.A.**
*Attorneys at Law*

Andrew L. Waks*  *Board Certified in
Joel M. Barnett  Admiralty & Maritime Law
Yadira R. Pedraza

September 26, 2001

David R. Canning, Esquire
George, Hartz, Lundeen, et al.
4800 Le Jeune Road
Coral Gables, Florida 33146

    Re: George Robinson v. Hvide Marine Incorporated

Dear Mr. Canning:

    I would like to depose the following individuals, all of whom I believe worked for Hvide Marine:

1. Captain Rummel;

2. The bo's'n who was working with George Robinson at the time of the accident;

3. The individual at the dock in Philadelphia who ran over to Mr. Robinson immediately after the accident (I believe you have taken a statement from him, so you should have his name); and

4. The corporate representative of Hvide Marine with the most knowledge concerning the maintenance and use of the grating where Mr. Robinson was standing at the time of his accident.

    Please advise me as soon as possible when these individuals will be available for their depositions so that we can schedule these accordingly.

                                          Very truly yours,

                                          WAKS & BARNETT, P.A.

                                          Yadira R. Pedraza

YRP/dm

7103 S.W. 102nd Avenue, Suite A, Miami, Florida 33173

Dade: (305) 271-8282  Fax: (305) 595-9776
Broward: (954) 463-6667  Toll free: (800) 905-2891
e-mail: waksbar@aol.com

**WAKS & BARNETT, P.A.**
*Attorneys at Law*

Andrew L. Waks*  
Joel M. Barnett  
Yadira R. Pedraza

*Board Certified in  
Admiralty & Maritime Law

November 5, 2001

David R. Canning, Esquire  
George, Hartz, Lundeen, et al.  
4800 Le Jeune Road  
Coral Gables, Florida 33146

Re: George Robinson v. Hvide Marine Incorporated

Dear Mr. Canning:

On September 26, 2001, I wrote you regarding taking the depositions of four different individuals. I have not yet heard back from you regarding when we can take these depositions. It is imperative that we take these depositions immediately as the trial of this case is quickly looming.

In addition, you have also not responded to interrogatories which were served on you on June 12, 2001, and a second set which were served on September 26, 2001. If we do not receive a response within the next ten days, we will move to compel and move for sanctions.

Thank you for your attention to this matter.

Very truly yours,  
WAKS & BARNETT, P.A.

Yadira R. Pedraza

YRP/dm

7103 S.W. 102nd Avenue, Suite A, Miami, Florida 33173

Dade: (305) 271-8282  
Broward: (954) 463-6667  

Fax: (305) 595-9776  
Toll free: (800) 905-2891

e-mail: waksbar@aol.com