UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6155-CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff,

v.

HVIDE MARINE INCORPORATED,

    Defendant.

_____/



### RESPONSE MEMORANDUM TO PLAINTIFF'S MOTION FOR CONTINUANCE

COMES NOW the Defendant, HVIDE MARINE INCORPORATED, by and through its undersigned counsel and for its response to the Plaintiff's Motion for Continuance dated November 15, 2001, states:

1.    This Defendant does not have any objection to the granting of Plaintiff's Motion to Continue. However, the Defendant does not agree that the reason Plaintiff needs a continuance is because of difficulty caused by the Defendant in moving the case forward. Defendant was untimely in providing Plaintiff with answers to interrogatories but that untimeliness has not caused any delay or impede the Plaintiff in conducting discovery. More importantly, the Plaintiff has cancelled two mediation conferences which are essential to complete prior to determining whether or not the parties should engage in protracted and expensive discovery to prepare the case for trial. For that reason, the continuance should be granted. The parties are cooperating in attempting to set discovery but many witnesses who will be deposed reside outside of the State of Florida and the parties have to travel to a port outside of Florida to board the M/V "Seabulk America" to view the scene and



photograph it. Plaintiff claims he needs to do this before conducting mediation. This is a bulk chemical tanker and stringent security requirements have to be met for that boarding. It will take some time to arrange the same and give the Plaintiff the opportunity to avail himself of what he claims he needs to prepare for mediation. Therefore, it would be in the interest of justice as well as possible judicial economy if the case were to settle for the Court to grant the continuance and allow the parties the time needed to prepare for mediation and any subsequent mediation.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail **on this 3rd day of December, 2001**, to Andrew L. Waks, Esq., Waks & Burnett, P.A., 7103 S.W. 102 Avenue, Miami, Florida 33173.

GEORGE, HARTZ, LUNDEEN, FULMER,
JOHNSTONE, KING & STEVENS
Attorneys for Defendant
4800 LeJeune Road
Coral Gables, Florida 33146
Tel. 305-662-4800
Fax 305-663-0140

By _____
DAVID R. CANNING
Florida Bar No. 217689

X:\WPDOCS\2001 Cases\21985\Pleadings\112101resp memo to mtn for cont.wpd