UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6155-CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendant.
_____/

### REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR CONTINUANCE

COMES NOW the plaintiff, GEORGE ROBINSON, by and through his undersigned attorneys, and hereby replies to the defendant's response to plaintiff's motion for continuance, as follows:

1. The defendant is correct that the plaintiff has cancelled two mediation hearings. The reason for the cancellation of the first hearing, on or about October 15th, 2001, was due to a death in the family of the undersigned attorney. On the day of the mediation, the undersigned attorney was required to attend a funeral in Boston, Massachusetts.

2. The second mediation hearing ,on or about November 20th, 2001, was postponed pending the plaintiff's inspection of the scene of the accident. The plaintiff believes that it is important to be able to photograph the premises and perhaps inspect with an expert, for purposes of making a complete evaluation of the case so that mediation would be meaningful and, perhaps, successful. Unfortunately, due to the severe illness of plaintiff's prior counsel, Arthur Roth, there is a significant amount of discovery which still needs to be completed in this matter.

1

CASE NO: 00-6155-CIV-FERGUSON

Hopefully, mediation will prove to be successful and, thus, prevent costly litigation, including the depositions of experts and medical providers, which may make settlement prohibitive.

3. With the agreement of the defendant, the plaintiff respectfully requests that this Court grant its motion for continuance of the trial of this matter pending mediation which, hopefully, will be accomplished within the next thirty to sixty days, once the inspection of the vessel has been arranged and taken place.

WHEREFORE, Plaintiff prays for the entry of an Order continuing the trial of this matter, pending mediation.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this December 5, 2001 to: David Canning, Esq., 4800 LeJeune Road, Coral Gables, Florida 33146, William E. Cassidy, Esq., 8370 W. Flagler Street, Suite 252, Miami, Florida 33144 and Arthur Roth, Esq., 8610 SW 20th Street, Miami, Florida 33155.

WAKS & BARNETT, P.A.
Attnys for Plaintiffs
7103 S.W. 102nd Avenue
Miami, Florida 33173
Tel: (305) 271-8282

By: _____
ANDREW L. WAKS