UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6155-CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff,

v.

HVIDE MARINE INCORPORATED,

    Defendant.
_____/



### MEMORANDUM IN RESPONSE TO MOTION TO COMPEL

COMES NOW the Defendant, HVIDE MARINE INCORPORATED, by and through its undersigned counsel and pursuant to the Federal Rules of Civil Procedure hereby files this its Memorandum in Response to Plaintiff's Motion to Compel Discovery dated November 29, 2001 and in support there of states as follows:

1. As of the date of the filing of this response, Defendant's executed answers to plaintiff's first and second set of interrogatories have been served upon the plaintiff.

2. The Defendant has furnished Plaintiff with the last known addresses of those witnesses he wanted to locate and schedule for deposition. One witness is deceased; one is unidentified at this time; and Defendant will work on finding a mutually convenient time, date and place for the deposition of the ship's captain.

3. At no time has the Defendant refused to produce these witnesses for deposition, however, plaintiff has requested to depose individuals that are on operational vessels, which itineraries change on a monthly basis or who reside outside of the State of Florida.

4. Plaintiff may subpoena whatever witnesses he wishes.

5. Additionally, after some research, it has been determined that John Coughlin, one of the witnesses Plaintiff wished to depose, is deceased.

WHEREFORE, the Defendant respectfully requests this Court enter an order denying Plaintiff's Motion to Compel the Defendant's Answers to Interrogatories as moot.

Respectfully Submitted,

GEORGE, HARTZ, LUNDEEN, FULMER,
JOHNSTONE, KING & STEVENS
Attorneys for Defendant
4800 LeJeune Road
Coral Gables, Florida 33146
Tel. 305-662-4800
Fax 305-663-0140

By _____
DAVID R. CANNING
Florida Bar No. 217689

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail **on this 12th day of December, 2001**, to Andrew L. Waks, Esq., Waks & Burnett, P.A., 7103 S.W. 102 Avenue, Miami, Florida 33173.

_____
David R. Canning

X:\WPDOCS\2001 Cases\21985\Pleadings\120401memo in res to mot to compel.wpd