UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 00-6155-Civ-Ferguson/Snow

GEORGE ROBINSON,

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendant.

_____/



FILED by _____ D.C.

JAN - 9 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## ORDER

THIS CAUSE is before the Court on various motions filed by the plaintiff, which were referred to United States Magistrate Judge Lurana S. Snow. With the Court being fully advised it is hereby

ORDERED AND ADJUDGED as follows:

1. The Plaintiff's Motion to Compel Response to Second Request for Production (Docket Entry 51) is GRANTED to the extent that the defendant shall produce, within 20 days of the date of this Order, those portions of the operations manual related to (1) the medical procedures for injured crew members and (2) the maintenance, upkeep or use of the area where the plaintiff's accident occurred, as requested in the motion to compel. The parties agree that proprietary information shall be deleted.

2. The Plaintiff's Motion to Compel Discovery (Docket Entry 60) is DENIED AS MOOT IN PART and GRANTED IN PART as follows:

A. The motion to compel response to the first and second sets of interrogatories is DENIED AS MOOT; the defendant has provided executed responses.

b.   The motion to compel the defendant to coordinate the deposition testimony of the defendant's employees is GRANTED. The defendant shall, within 20 days of the date of this order, coordinate dates for the depositions of (1) Captain Rummel, (2) the corporate representative of Hvide Marine with the most knowledge concerning the maintenance and use of the grating where Mr. Robinson was standing at the time of his accident and (3) the "unidentified" witness.

DONE AND ORDERED at Fort Lauderdale, Florida, this 9th day of January, 2002.

*Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:    Andrew L. Waks, Esq.
              David Russell Canning, Esq.