UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE ROBINSON,

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendant.
_____/

CASE NO. 00-6155- CIV-FERGUSON
Magistrate Judge Lurana S. Snow



## PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY DEADLINE

COMES NOW the Plaintiff, GEORGE ROBINSON, by and through his undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and Rule 7(1)(j), hereby files this Motion to Extend the Discovery Deadline, and in support thereof, states as follows:

1. This Court continued the trial of this case from the two-week period commencing February 11, 2002, to the two-week period commencing April 8, 2002. Pursuant to the new Order Setting Trial, the new discovery deadline is February 1, 2002.

2. The undersigned received the new Order Setting Trial on or about January 4, 2002.

3. The undersigned has tried for several months to complete discovery but has been unable to do so. There are two discovery motions which have been filed with the Court, but to which the Court has not responded:

    A.    Plaintiff's Motion and Memorandum to Compel Response to Second Request for Production dated October 25, 2001;

    B.    Plaintiff's Motion to Compel Discovery filed November 29, 2001.



CASE NO. 00-6155- CIV-FERGUSON

4. As of the date of this motion, the undersigned has requested that defense counsel produce his corporate representative for deposition in Miami, as well as other witnesses who are currently aboard its vessel (which does not travel to ports in Florida). To date, the Plaintiff has not received a response. Consequently, Plaintiff has unilaterally set down these depositions.

5. It will be virtually impossible to complete discovery by the new deadline of February 1, 2002. The parties have not mediated and cannot attend mediation until discovery has been completed.

7. The undersigned has contacted opposing counsel but has been unable to reach him regarding this Motion.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant this motion for extension of the discovery deadline up to and including April 8, 2002.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___ day of January, 2002, to David R. Canning, Esquire, George, Hartz, Lundeen, et al., attorneys for Defendant, 4800 Le Jeune Road, Coral Gables, Florida 33146.

> WAKS & BARNETT, P.A.
> Attorneys for Plaintiff
> 7103 S.W. 102 Avenue, Suite A
> Miami, Florida 33173
> Tel.:  (305) 271-8282
> Fax:   (305) 595-9776
>
> BY: _____
>      YADIRA R. PEDRAZA
>      FLORIDA BAR NO. 827355