IT IS ORDERED that this Motion is hereby

*DISMISSED AS MOOT.*

WILKIE D. FERGUSON, JR.

02/04/02

DATE

FILED by ___ D.C.

FEB 05 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6155 CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff,

v.

HVIDE MARINE INCORPORATED,

    Defendant,

_____/



## MOTION TO CONTINUE AND
## MEMORANDUM OF LAW IN SUPPORT THEREOF

COMES NOW the Defendant, HVIDE MARINE INCORPORATED, by and through its undersigned attorneys and pursuant to Rule 7.6 of the Local Rules of the United States District for the Southern District of Florida respectfully requests this Court to continue the trial of the above-captioned matter scheduled for the two-week period commencing on July 16, 2001, and as grounds therefor would show unto the Court the following:

1.    On or about December 6, 2000, Plaintiff requested a continuance of the above-captioned case. The case was rescheduled for trial from the trial calendar of December 18, 2000.

2.    Since that request, counsel for the Plaintiff has fallen gravely ill. That illness has totally prevented Plaintiff's counsel from attending to legal matters including those in this case. Counsel for the Plaintiff requested Defendant not to schedule any discovery or initiate any action in this case while he underwent aggressive chemotherapy treatments and spent a considerable period of time as an in-patient undergoing medical treatment.

3.    Because counsel for the Plaintiff was unavailable, was obviously disabled from attending to matters in this case and no substitute counsel appeared for the Plaintiff, Defendant was effectively prohibited from conducting any further discovery and has been unable to undertake the