UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE ROBINSON

    Plaintiff,

CASE NO: 00-6155-CIV-FERGUSON

vs

HVIDE MARINE

    Defendant,

NOTICE OF MEDIATION

**ORIGINAL**

_____/

Yadira Pedraza, Esquire
7103 S.W. 102 Avenue
Miami, Florida 33173

David R. Canning, Esquire
George, Hartz, Lundeen
4800 Lejuene Road
Coral Gables, FL 33146

    **YOU ARE HEREBY NOTIFIED**, pursuant to the agreement of the parties, a Mediation Conference shall be held in this case before **Rick G. Ciravolo, Esquire** of Mediation, Inc., Biscayne Building, Suite 1100, 19 West Flagler Street, Miami, FL 33130 on March 15, 2002 at 2:00 PM. Any correspondance with the Mediator shall be directed to Mediation, Inc., PO Box 4978, Fort Lauderdale, Florida, 33338, FAX (954)767-0505. **2.00 hours have been reserved.**

    "If you are a person with a disability who needs any accomodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator in the Administration Office of Mediation, Inc., 100 Southeast Third Avenue, Fort Lauderdale, Florida 33394, Telephone (954) 764-1000 or (800) 741-7000, within two (2) working days of the receipt of this Notice of Mediation."

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mediation has been provided by mail to the above named addressees this 8th day of February, 2002.

MEDIATION, INC.

By _____
JAMES B. CHAPLIN, ESQUIRE
Florida Bar Number 110628
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
          (800) 741-7000