UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE ROBINSON,

       Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

       Defendant.

_____/

CASE NO. 00-6155- CIV-FERGUSON
Magistrate Judge Lurana S. Snow

## JOINT PRETRIAL STIPULATION

The Plaintiff, GEORGE ROBINSON, AND THE Defendant, HVIDE MARINE INCORPORATED, hereby file this Joint Pretrial Stipulation, and state as follows:

1.     STATEMENT OF THE CASE.

    A.    By Plaintiff.

       On February 20, 1999, while employed as a seaman by the Defendant, Plaintiff was injured while connecting a cargo line to a manifold for discharge of cargo at the Port of Philadelphia. While he was tightening the cargo hold, he fell off the grating and onto the deck below. Because of this, Plaintiff had surgery (right rotator cuff) and needs additional surgery to the right rotator cuff, the left rotator cuff, and additional medical care for his back.

    B.    By Defendant.

       On February 16, 1999, the Plaintiff, a foreign licensed officer with extensive sea experience, was temporarily hired as an ordinary seaman to serve on board the tanker "Seabulk America." He joined the vessel on February 16, 1999, and worked for several days until February 20, 1999, when he claims he was injured doing the same job he did several days before; connecting a cargo hose to a discharge manifold. The Plaintiff claimed his wrench slipped off the nut and fell to the grating below the level upon which he was standing. He did not claim that oil dripped out of the cargo manifold nor that any grating moved but said that his wrench simply slipped off the nut he was tightening. He did not ask for medical treatment while on board the vessel but was repatriated home for examination anyway. He received surgery to his right rotator cuff but the surgeon found that the



CASE NO. 00-6155- CIV-FERGUSON

injury was old, degenerative and pre-existing but repaired it anyway. Defendant contests that the left rotator cuff was injured in the accident and that his back injury is related to the accident but rather, claims they were pre-existing conditions which were not caused or aggravated by the accident.

2.   BASIS OF FEDERAL JURISDICTION.

This is an admiralty case. The Court has jurisdiction pursuant to 28 U.S.C. 1333, et al.

3.   PLEADINGS RAISING THE ISSUES.

Plaintiff's Amended Complaint which consists of three Counts: (1) Jones Act negligence; (2) unseaworthiness; and (3) failure to pay maintenance and cure.

Defendant's Answer to Amended Complaint.

4.   UNDISPOSED MOTIONS.

A.   Joint Motion for Extension of Discovery Deadlines (dated January 10, 2002).

5.   STATEMENT OF UNCONTESTED FACTS.

A.   Defendant, HVIDE MARINE, operated the M/V SEABULK AMERICA.

B.   HVIDE MARINE INCORPORATED's principal place of business and home office is within the Southern District of Florida.

C.   HVIDE MARINE employed Plaintiff as a temporary seaman on the M/V SEABULK AMERICA.

D.   Plaintiff claimed to have been injured on February 20, 1999.

E.   This Court has subject matter jurisdiction and there is jurisdiction over the parties herein. Venue is proper in the southern District of Florida and this is a general maritime claim to which the substantive admiralty law of the United States applies.

CASE NO. 00-6155- CIV-FERGUSON

6.    STATEMENT OF ISSUES.

    A.    Whether the Defendant failed to furnish to the Plaintiff a safe place to work or was otherwise negligent pursuant to the Jones Act.

    B.    Whether the M/V SEABULK AMERICA was unseaworthy and whether such unseaworthiness was a substantial producing cause of the Plaintiff's injury.

    C.    Whether the Plaintiff himself was negligent and whether such negligence was the sole proximate cause of the accident or contributing legal cause of the accident.

    D.    Whether the Defendant owes the Plaintiff any further maintenance and cure for conditions which Plaintiff claims have arisen due to the injury suffered in the February 1999 accident and which the Defendant disputes arose as a result of that accident, but rather, claims were the result of pre-existing conditions which were not disclosed to Defendant.

    E.    The nature and extent of the damages claimed by the Plaintiff herein.

7.    STATEMENT OF ISSUES OF LAW ON WHICH THERE IS AGREEMENT.

That the substantive admiralty law of the United States applies.

8.    ISSUES OF LAW TO BE DETERMINED BY THE COURT.

None.

9.    PLAINTIFF'S WITNESS LIST, SUPPLEMENTAL WITNESS LIST AND EXHIBIT LIST ARE ATTACHED HERETO. DEFENDANT'S WITNESS AND EXHIBIT LISTS ARE ATTACHED HERETO.

10.    ESTIMATED TRIAL TIME.

This will be a jury trial which will take between four (4) to five (5) days to try.

CASE NO. 00-6155- CIV-FERGUSON

Dated this 25th day of February, 2002.

GEORGE, HARTZ, LUNDEEN, FULMER,
JOHNSTONE, KING & STEVENS
Attorneys for Defendant
4800 LeJeune Road
Coral Gables, Florida 33146
Tel.: (305) 662-4800
Fax: (305) 663-0170

By: _____
      DAVID R. CANNING, ESQ.
      FLORIDA BAR NO. 217689

WAKS & BARNETT, P.A.
Attorneys for Plaintiff
7103 S.W. 102 Ave., Suite A
Miami, Florida 33173
Tel.: (305) 271-8282
Fax: (305) 595-9776

By: _____
      YADIRA R. PEDRAZA, ESQ.
      FLORIDA BAR NO. 827355

-4-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE ROBINSON,                    CASE NO. 00-6155- CIV-FERGUSON

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendant.
_____/

### PLAINTIFF'S WITNESS LIST

Plaintiff, GEORGE ROBINSON, by and through his undersigned counsel, hereby reserves

the right to call the following witnesses to testify at the trial of this case:

1.     George Robinson
   c/o Waks & Barnett, P.A.
   7103 S.W. 102 Ave., Suite A
   Miami, Florida 33173

2.     Representative and/or Records Custodian of
   Hvide Marine Incorporated
   c/o George, Hartz, Lundeen, et al.
   4800 Le Jeune Road
   Coral Gables, Florida  33146

3.     Rich Caron
   Hvide Marine Incorporated
   c/o George, Hartz, Lundeen, et al.
   4800 Le Jeune Road
   Coral Gables, Florida  33146

4.     Sonya Diedrick
   Hvide Marine Incorporated
   c/o George, Hartz, Lundeen, et al.
   4800 Le Jeune Road
   Coral Gables, Florida  33146

CASE NO. 00-6155- CIV-FERGUSON

5.    Fred Rosser
      Hvide Marine Incorporated
      c/o George, Hartz, Lundeen, et al.
      4800 Le Jeune Road
      Coral Gables, Florida  33146

6.    Captain Gop Sparacino
      Hvide Marine Incorporated
      c/o George, Hartz, Lundeen, et al.
      4800 Le Jeune Road
      Coral Gables, Florida  33146

7.    Harriet Paulding
      Hvide Marine Incorporated
      c/o George, Hartz, Lundeen, et al.
      4800 Le Jeune Road
      Coral Gables, Florida  33146

8.    Captain Rummel
      Hvide Marine Incorporated
      c/o George, Hartz, Lundeen, et al.
      4800 Le Jeune Road
      Coral Gables, Florida  33146

9.    Bosun who was working with George Robinson at the time of the accident
      Hvide Marine Incorporated
      c/o George, Hartz, Lundeen, et al.
      4800 Le Jeune Road
      Coral Gables, Florida  33146

10.   The individual at the dock in Philadelphia who ran over to
      Mr. Robinson immediately after the accident
      Hvide Marine Incorporated
      c/o George, Hartz, Lundeen, et al.
      4800 Le Jeune Road
      Coral Gables, Florida  33146

11.   Dr. H.  Donald Lambe
      3540 Forest Hill Blvd., Suite 102
      West Palm Beach, Florida 33406

-2-

CASE NO. 00-6155- CIV-FERGUSON

12.   Dr. Brett Thumb
      1801 Hilmor Drive, Suite C 207
      Port St. Lucie, Florida 34952

13.   Michelle Robinson
      (Address to be provided)

14.   Kimbolin Robinson
      (Address to be provided)

15.   Zalika Robinson
      (Address to be provided)

16.   George F. Robinson, Jr.
      (Address to be provided)

17.   Dr. Catalino Viado
      Ft. Pierce Walk-in Medical Clinic
      1000 Virginia Avenue
      Fort Pierce, Florida 34982

18.   Dr. Norman A. Palmeri
      2215 Nebraska Avenue
      Fort Pierce, Florida 34950

19.   Dr. Juan Delgado
      9999 N.E. Second Avenue, Suite 217
      Miami, Florida 33138

20.   Dr. Evans Durosean
      506 N. 7th Street
      Fort Pierce, Florida 33450

21.   Records Custodian
      Industrial Health Center
      Northeastern Hospital
      2301 East Allegheny Avenue
      Philadelphia, PA 19134

22.   Any and all individuals whose names arise in discovery.

-3-

CASE NO. 00-6155- CIV-FERGUSON

23.    Any and all individuals who were named in Answers to Interrogatories.

24.    Any and all individuals whose names came up in Responses to Requests for Production.

25.    All witnesses who are themselves or the need for which is identified, disclosed or discovered subsequent to the service of this Witness List.

26.    Rebuttal witnesses.

27.    All witnesses listed in Defendant's Witness List.

28.  Plaintiff reserves the right to amend his Witness List pending further discovery.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 5th day of November, 2001, to David R. Canning, Esquire, George, Hartz, Lundeen, et al., attorneys for Defendant, 4800 Le Jeune Road, Coral Gables, Florida 33146.

WAKS & BARNETT, P.A.
Attorneys for Plaintiff
7103 S.W. 102 Avenue, Suite A
Miami, Florida 33173
Tel.:  (305) 271-8282
Fax:  (305) 595-9776

BY: _____
      YADIRA R. PEDRAZA
      FLORIDA BAR NO. 827355

-4-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE ROBINSON,

      Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

      Defendant.

_____/

CASE NO. 00-6155- CIV-FERGUSON
Magistrate Judge Lurana S. Snow

### PLAINTIFF'S SUPPLEMENTAL WITNESS LIST

COMES NOW the Plaintiff, by and through his undersigned counsel, and hereby supplements his Witness List as follows:

1.     Harry Klauber - Expert - A summary of his opinions is attached.
       10008 N.W. 83 Street, #3
       Tamarac, Florida 33321

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this $28^{st}$ day of February, 2002, to David R. Canning, Esquire, George, Hartz, Lundeen, et al., attorneys for Defendant, 4800 Le Jeune Road, Coral Gables, Florida 33146.

WAKS & BARNETT, P.A.
Attorneys for Plaintiff
7103 S.W. 102 Avenue, Suite A
Miami, Florida 33173
Tel.:  (305) 271-8282
Fax:   (305) 595-9776

BY: _____
      YADIRA R. PEDRAZA
      FLORIDA BAR NO. 827355

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE ROBINSON,

       Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

       Defendant.

_____/

CASE NO. 00-6155- CIV-FERGUSON
Magistrate Judge Lurana S. Snow

## SUMMARY OF LIABILITY EXPERT OPINION

The Plaintiff, GEORGE ROBINSON, by and through his undersigned counsel, hereby files this Summary of Expert Opinion, and states as follows:

1. **NAME AND ADDRESS OF LIABILITY EXPERT**: Harry Klauber, 10008 N.W. 83 Street, #3, Tamarac, Florida 33321.

2. **EDUCATIONAL BACKGROUND, TRAINING AND EXPERIENCE**: a complete and current Curriculum Vitae is attached hereto.

3. **DOCUMENTS REVIEWED IN CONJUNCTION WITH PROVIDING AN OPINION**:

      (A)    the deposition of George Robinson;

      (B)    copy of the accident report;

      (C)    copy of Plaintiff's Answers to Interrogatories;

      (D)    copy of Defendant's Answers to First and Second Set of Interrogatories;

      (E)    copy of Plaintiff's Complaint, Amendment to the Complaint, and the Answer thereto; and

CASE NO. 00-6155- CIV-FERGUSON

(F)    ship inspection conducted on February 13, 2002.

4.  **SUMMARY OF OPINIONS**: Mr. Klauber is expected to testify that the vessel the

M/V SEABULK AMERICA was unseaworthy at the time of Mr. Robinson's accident and that the

Defendant, HVIDE MARINE's negligence caused and/or contributed to Mr. Robinson's accident;

the "upper grating" in place at the time of Mr. Robinson's accident was unsafe and/or inadequate

for the job that he was doing.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 28th

day of February, 2002, to David R. Canning, Esquire, George, Hartz, Lundeen, et al., attorneys for

Defendant, 4800 Le Jeune Road, Coral Gables, Florida 33146.

WAKS & BARNETT, P.A.
Attorneys for Plaintiff
7103 S.W. 102 Avenue, Suite A
Miami, Florida 33173
Tel.:  (305) 271-8282
Fax:  (305) 595-9776

BY: _____
YADIRA R. PEDRAZA
FLORIDA BAR NO. 827355

-2-

# Curriculum Vitae
## Harry Klauber, Chief Engineer, B.S.M.E
### Admiralty Expert
### Marine Consultant and Investigator

**Address:** 10008 NW 83 St. #3
Tamarac Fl, 33321
**Phone/Fax:** 954-722-1818
**E-Mail:** Klafish1@aol.com
**D.O.B.** 18 October 1944

**Educational Background:**
B.S. Marine Engineering New York State Maritime College, Dean's List, 1966.

**Licensure/Certification:**
U.S.C.G. Chief Engineer Steam Vessels Unlimited HP. License Serial No. 011094 Issue #9. Expiration Date 21 April 2004. STCW 95.
U.S.C.G. Third Assistant Engineer Motor Vessels Unlimited HP. License Serial No. 011094 Issue #9. Expiration Date 21 April 2004. STCW 95.
Environmental Protection Agency Universal Refrigeration Technician. Certification No. 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.

**Military Background:**
U.S. Naval Reserve Lieutenant - Honorable Discharge.

**Professional Background:**
1986 - 1999: Chief Engineer L.A.S.H. vessel S.S. Green Harbour. Owner/Operators Central Gulf Lines Inc. Retired 1999.
1969-1986: Third/Second/First/Chief Engineer Container/Break Bulk/Ro Ro Vessel S.S. Rapid (Ex. American Rapid, Ex. Red Jacket, Ex. Mormacstar). Central Gulf Lines, U.S. Lines, Mediterranean Marine Lines, Moore McCormack Lines.
1967-1969: Third/Second Engineer Container vessel S.S. Mormacvega. Moore McCormack Lines.
1966: Third Engineer S.S. Mormacrigel, S.S. Antinous. Moore McCormack Lines, Waterman Steamship Co.

**Legal Background:**
1966-1995: Appeared as defense witness in personal injury cases. Deposed and videotaped as an expert witness, as well as appeared in court cases, involving the companies whose ships I was employed upon. Law Firm of Jones and Walker.
1995/1996: Performed various types of investigation work as an expert witness both on defense and plaintiff sides for Andrew Anderson Esq. Keller and Houck Miami Fl.
1996: Performed investigation work and deposed as an expert witness for the defense in a personal injury case involving a Detroit Diesel Explosion. David Karcher Sr. Esq., and David Famulari Esq., Underwood, Karcher, and Karcher Miami Fl.
1997: Performed investigation work and deposed as an expert witness for the plaintiff in personal injury and product liability case involving Borg Warner and Anchor Marine Repair. J. Perlman Esq. Largo Fl.

**Legal Background:**
1999: Performed investigation work as an expert witness in a personal injury case representing plaintiff against Coastal Tug and Barge Andrew. Waks Esq. Miami Fl. Deposed October 11, 2000. Case settled out of court.
2000: Performed investigation work as an expert witness in product liability case representing plaintiff involving boiler tube failures aboard the steamship Oceanic. Law firm of Lane, Lau, Pieper, McCreadie and Conley – David Pope Esq. Case Settled.
2001: Performed investigation work as an expert witness in a personal injury case representing plaintiff against Hvide Marine. Andrew Waks Esq. Miami Fl. Case still pending

**Business Background:**
1979-1989: Owner/Operator Sea Fever Fishing commercial hook and line grouper and snapper fishing business. 28' and 34' diesel vessels, Fort Pierce Fl.

**Practical Experience and Areas of Specific Expertise:**
All aspects of Marine Engineering. As Chief Engineer responsible for all areas of large vessel engineering, operation, and, maintenance. Expert in ship, as well as small boat, construction, operation, and repair. Specific knowledge, and 33 years of hands on experience, with the following:
Steam Propulsion Equipment, Boilers, Deck Machinery, Cranes, Hydraulics, Pneumatics, Automation, Generators, Diesels, Pumps, Motors, Barge Pusher Tugs, Barge Handling Operations, Piping Systems, Refrigerated Containers, Large Volume Air Conditioning and Dehumidification Equipment, Vessel Surveys for prospective buyers, Electrical Systems - Controls and Controllers, Hatch Covers, Stern Ramps, Sideports, Machinery Testing and Certification as Owner's New Construction Representative, CFR interpretations and application, Accident Investigation and Reporting, Machinery Failure Analysis, Commercial Fisheries, Charter Boat Operation, Head Boat Operation, On Board Ship Safety, and Review of depositions and documents for technical content and consultation.

**Pleasure and Small Boat Experience:**
1974 to present: Owner/Operator various pleasure vessels, gas and diesel powered.

**Fisheries and Fishing Vessel Experience:**
1966-1973 - Unlicensed Mate and Licensed Engineer aboard 90-130 foot offshore fishing vessels. Sheapshead Bay, New York.
1960-1966 - Unlicensed Mate aboard various 90-110 foot offshore fishing vessels. Sheapshead Bay, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE ROBINSON,                              CASE NO. 00-6155- CIV-FERGUSON

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendant.

_____/

## PLAINTIFF'S EXHIBIT LIST

Plaintiff, GEORGE ROBINSON, by and through his undersigned counsel, hereby files his

Exhibit List to be used at trial as follows:

1. Any and all medical bills generated by any of Mr. Robinson's medical practitioners.

2. All medical records including x-rays, medical reports and nurses' notes.

3. All checks evidencing payment of maintenance and cure.

4. Copies of all of Mr. Robinson's licenses, certifications, certificates as a seaman.

5. Mr. Robinson's resumé.

6. Photographs/videos of the area where Mr. Robinson's accident occurred and of the
vessel the M/V SEA BULK AMERICA.

7. Mortality tables.

8. Any documents produced in response to Request for Production or identified in Answers
to Interrogatories.

9. All exhibits listed by the Defendant.

10. Mr. Robinson's pre-employment physical conducted at Hvide Marine Incorporated.

CASE NO. 00-6155- CIV-FERGUSON

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 5

day of November, 2001, to David R. Canning, Esquire, George, Hartz, Lundeen, et al., attorneys

for Defendant, 4800 Le Jeune Road, Coral Gables, Florida 33146.

WAKS & BARNETT, P.A.
Attorneys for Plaintiff
7103 S.W. 102 Avenue, Suite A
Miami, Florida 33173
Tel.:  (305) 271-8282
Fax:  (305) 595-9776

BY: _____
        YADIRA R. PEDRAZA
        FLORIDA BAR NO. 827355

-2-

## DEFENDANT'S WITNESS LIST

1.    George F. Robinson
      c/o Waks & Barnett, P.A.
      7103 SW 102nd Avenue, Suite A
      Miami, Florida 33173

2.    Michelle A. Robinson
      c/o Waks & Barnett, P.A.
      7103 SW 102nd Avenue, Suite A
      Miami, Florida 33173

3.    Kimbolin M. Robinson
      c/o Waks & Barnett, P.A.
      7103 SW 102nd Avenue, Suite A
      Miami, Florida 33173

4.    Zalika A. Robinson
      c/o Waks & Barnett, P.A.
      7103 SW 102nd Avenue, Suite A
      Miami, Florida 33173

5.    Dr. H. Donald Lambe
      3540 Forest Hill Boulevard, Suite 102
      West Palm Beach, Florida 33406

      * Expert witness *

6.    Dr. Catalino P. Viado
      Fort Pierce Walk-in Medical Clinic
      1000 Virginia Avenue
      Ft. Pierce, Florida 34982

7.    Medical Records Custodian of
      Dr. Catalino P. Viado
      Fort Pierce Walk-in Medical Clinic
      1000 Virginia Avenue
      Ft. Pierce, Florida 34982

8.    Dr. Norman A. Palmeri
      2215 Nebraska Avenue
      Ft. Pierce, Florida 34950

9.      Medical Records Custodian of
        Dr. Norman A. Palmeri
        2215 Nebraska Avenue
        Ft. Pierce, Florida 34950

10.     Dr. Juan Delgado
        Med People Corp.
        9999 NE 2nd Avenue
        Suite 209
        Miami, Florida 33138

11.     Medical Records Custodian of
        Dr. Juan Delgado
        Med People Corp.
        9999 NE 2nd Avenue
        Suite 209
        Miami, Florida 33138

12.     Dr. Evans Durosean
        506 N. 7th Street
        Ft. Pierce, Florida 33450

13.     Medical Records Custodian of
        Dr. Evans Durosean
        506 N. 7th Street
        Ft. Pierce, Florida 33450

14.     Medical Records Custodian of
        Dr.  H.  Donald Lambe
        3540 Forest Hill Boulevard, Suite 102
        West Palm Beach, Florida 33406

15.     Dr. Richard L. Stern
        1801 S. 23rd Street, Suite 5
        Ft. Pierce, Florida 34950

16.     Medical Records Custodian of
        Dr. Richard L. Stern
        1801 S. 23rd Street, Suite 5
        Ft. Pierce, Florida 34950

17.     Dr. Mark L. Marks
        Occupational Health Center
        3345 Burns Road, Suite 102
        Palm Beach Gardens, Florida 33410

18.     Medical Records Custodian of
        Dr. Mark L. Marks
        Occupational Health Center
        3345 Burns Road, Suite 102
        Palm Beach Gardens, Florida 33410

19.     Dr. R.G. Beaton
        Radiology Imaging Associates
        2306 Nebraska Avenue
        Ft. Pierce, Florida 34950

20.     Medical Records Custodian of
        Dr. R.G. Beaton
        Radiology Imaging Associates
        2306 Nebraska Avenue
        Ft. Pierce, Florida 34950

21.     Medical Records Custodian of
        Palm Beach Gardens Hospital
        3360 Burns Road
        Palm Beach Gardens, Florida 33410

22.     Medical Records Custodian of
        Northeastern Hospital
        2301 E. Allegheny Avenue
        Philadelphia, PA 19134

23.     Medical Records Custodian of
        Coastal Orthopaedic & Sports Medicine Center

24.     Medical Records Custodian of
        Atlantic Surgery Center
        1707 S. 25th Street
        Ft. Pierce, Florida 34947

25.     Records Custodian of
        Anderson/Kelly Associates, Inc.
        Occupational Health Resources
        125 Andover-Mohawk Road
        Andover, NJ 07821

26.     Records Custodian of
        Orna Security
        1250 E. Hallandale Beach Blvd, Suite 503
        Hallandale Beach, Florida 33009

27.     Records Custodian of
        Miami Steamship Agencies, Corp.
        3300 NW N. River Drive
        Miami, Florida 33142

28.     Records Custodian of
        Abaco Treasure Limited, Inc.
        18 Fisherman's Wharf
        Ft. Pierce, Florida 34950

29.     Stephanie Holmes
        Abaco Treasure Limited, Inc.
        18 Fisherman's Wharf
        Ft. Pierce, Florida 34950

30.     Records Custodian of
        National Bulk Carriers, Inc.
        605 3rd Avenue
        New York, NY 10158

31.     Records Custodian of
        Universe Tankship, Inc.
        1345 Avenue of the Americas
        New York, NY 10019

32.     Records Custodian of
        Ergon International, Inc.
        3825 NW South River Drive
        Miami, Florida 33142

33.    Captain George W. Rummel, Jr.
       c/o Seabulk International
       P.O. Box 13038
       Fort Lauderdale, FL   33316

34.    Captain Kevin Green
       c/o Seabulk International
       P.O. Box 13038
       Fort Lauderdale, FL   33316

35.    Jim Hempe
       c/o Seabulk International
       P.O. Box 13038
       Fort Lauderdale, FL   33316

36.    Bill Ducey
       Chief Mate
       c/o Seabulk International, Inc.
       P.O. Box 13038
       Fort Lauderdale, FL   33316

37.    Unidentified dockworker
       at GATX 179
       Philadelphia, Pa.

38.    Deckhands working with Plaintiff whose names and addresses are currently unavailable.

39.    Harriet Paulding
       c/o Seabulk International, Inc.
       P.O. Box 13038
       Fort Lauderdale, FL   33316

40.    Douglas M. Torborg
       Marine Consultant
       4172 Douglas Road
       Coconut Grove, FL 33133

       *Expert witness*

41.    Any and all impeachment and rebuttal witnesses.

42.    Any and all witnesses listed by Plaintiff in his Witness List or who may be later revealed by
       Plaintiff and/or identified in future discovery.

43.    Any and all individuals listed in discovery.

44.    Defendant reserves the right to supplement this Witness List in view of pending discovery upon due notice to the other parties.

X:\WPDOCS\2001 Cases\21985\Pleadings\022702witness list.wpd

## DEFENDANT'S EXHIBIT LIST

1.    Hvide Marine Incorporated
      Manual: Tanker Operations
      Title: Administration - Medical - General

2.    Hvide Marine Payroll History Report for George Robinson

3.    Hvide Marine Incorporated Personnel File for George Robinson

4.    Reports of pre-employment physical exams of George Robinson

5.    Summaries from the business records of Hvide Marine Incorporated reflecting payments to
      or on behalf of George Robinson for maintenance and cure, sick wages and earned wages
      with respect to injuries arising out of incident alleged in the Complaint.

6.    Summaries from the business records of Hvide Marine Incorporated reflecting payments by
      Hvide on behalf of George Robinson for medical care, treatment and examination with
      respect to injuries arising out of the incident alleged in the Complaint.

7.    Plaintiff's answers to Hvide Marine Incorporated's interrogatories which answers bear
      certificate of service of April 3, 2000.

8.    Office Note of Jerry S. Sher, M.D. dated 12/7/01 (2 pp).

9.    Medical records and reports of Radiology Imaging Associates, Fort Pierce office, concerning
      George Robinson.

10.   Medical records and reports of H. Donald Lambe, M.D. concerning George Robinson.

11.   Medical records and reports of Norman Palmeri, M.D. and Atlantic Surgery Center regarding
      George Robinson.

12.   Medical records and reports of Palm Beach Gardens Hospital regarding George Robinson.

13.   Medical records and reports of Catalino P. Viado, M.D. regarding George Robinson.

14.   Medical records and reports of Norman A. Palmeri, M.D., Edward J. Rossario, M.D., John
      S. Hruska, M.D. and Coastal Orthopedic & Sports Medicine Center regarding George
      Robinson.

15.   Medical records and reports of Evans Durosean, M.D. regarding George Robinson.

16.    Medical records and reports of Fort Pierce Medical Walk-In Clinic regarding George Robinson.

17.    Medical records and reports of Northeastern Hospital/IHC regarding George Robinson.

18.    Medical records and reports of Occupational Health Center regarding George Robinson.

19.    Medical records and reports of Radiology Imaging Associates regarding George Robinson.

20.    Personnel and other records regarding or concerning George Robinson from Herrera Shipping Agency.

21.    Personnel and other records regarding or concerning George Robinson from Abaco Treasure Limited, Inc.

22.    Personnel and other records regarding or concerning George Robinson from Bahama Star Limited, Inc.

23.    Records of Stuart Lending Agency regarding George Robinson.

24.    Records of GE Capital Mortgage Corporation regarding George Robinson.

25.    Seabulk Tankers Daily Schedule for M/V Seabulk America.

26.    Records of Miami Steamship Agencies Corp. regarding George Robinson.

27.    Records of National Bulk Carriers, Inc. regarding George Robinson.

28.    All records, reports, medical records, correspondence, notes, memoranda or other written documents of Anderson/Kelly Associates, Inc. regarding George Robinson.

29.    Seabulk International, Inc. updated Claim Expense of Cure regarding George Robinson and alleged date of injury of 2/20/99.

30.    Hvide Marine Incorporated Individual's Report of Illness, Injury or Medical Attendance dated 2/20/99 regarding George Robinson.

31.    Hvide Marine Incorporated Seaman's Statement of Physical Condition dated 2/202/99 regarding George Robinson.

32.    Hvide Marine Incorporated Witness Report of Injury or Death dated 2/21/99 regarding George Robinson prepared and signed by John Coughlin.

33.    Deposition of George Robinson taken August 3, 2000, and all exhibits thereto.

34.    Deposition of Stephanie Brooks Holmes taken September 10, 2001, and all exhibits thereto.

35.    Deposition of George Rummel taken February 13, 2002.

36.    All other depositions to be taken.

37.    Photographs of vessel taken by Plaintiff's and Defendant's experts.

38.    All exhibits to any depositions taken herein.

39.    As discovery is still ongoing, Defendant reserves the right to supplement this exhibit list.

X:\WPDOCS\2001 Cases\21985\Pleadings\022802exhibit list.wpd