UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6155 CIV-FERGUSON

GEORGE ROBINSON,

    Plaintiff,

v.

HVIDE MARINE INCORPORATED,

    Defendant,
_____/

### DEFENDANT'S AMENDED NOTICE OF DISCLOSURE OF EXPERT WITNESSES

**COMES NOW** the Defendant, HVIDE MARINE INCORPORATED, by and through its undersigned counsel and pursuant to this Honorable Court's pretrial Order hereby files its Disclosure of Expert Witnesses:

1. Douglas M. Torborg
   Marine Consultant
   4172 Douglas Road
   Coconut Grove, FL 33133
   (expert liability)

2. Dr. H. Donald Lambe
   3540 Forest Hill Boulevard
   Suite 102
   West Palm Beach, FL 33406
   (expert damages)



### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail on this 28th day of February, 2002, to Andrew L. Waks, Esq./Yadira R. Pedraza, Esq., Waks & Burnett, P.A., 7103 S.W. 102 Avenue, Miami, Florida 33173.

GEORGE, HARTZ, LUNDEEN, FULMER,
JOHNSTONE, KING & STEVENS
Attorneys for Defendant
4800 LeJeune Road
Coral Gables, Florida 33146
Tel. 305-662-4800
Fax 305-663-0140

By_____
DAVID R. CANNING
Florida Bar No. 217689

X:\WPDOCS\2001 Cases\21985\Pleadings\022702amended exp wit discl.wpd