UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE ROBINSON,

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendant.
_____/

CASE NO. 00-6155- CIV-FERGUSON
Magistrate Judge Lurana S. Snow

## PLAINTIFF'S SUPPLEMENTAL WITNESS LIST

COMES NOW the Plaintiff, by and through his undersigned counsel, and hereby supplements his Witness List as follows:

1. Harry Klauber - Expert - A summary of his opinions is attached.
   10008 N.W. 83 Street, #3
   Tamarac, Florida 33321

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 25th day of February, 2002, to David R. Canning, Esquire, George, Hartz, Lundeen, et al., attorneys for Defendant, 4800 Le Jeune Road, Coral Gables, Florida 33146.

          WAKS & BARNETT, P.A.
          Attorneys for Plaintiff
          7103 S.W. 102 Avenue, Suite A
          Miami, Florida 33173
          Tel.:  (305) 271-8282
          Fax:  (305) 595-9776

          BY: _____
               YADIRA R. PEDRAZA
               FLORIDA BAR NO. 827355

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE ROBINSON,                      CASE NO. 00-6155- CIV-FERGUSON
                                                            Magistrate Judge Lurana S. Snow

       Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

       Defendant.
_____/

**SUMMARY OF LIABILITY EXPERT OPINION**

The Plaintiff, GEORGE ROBINSON, by and through his undersigned counsel, hereby files this Summary of Expert Opinion, and states as follows:

      1. **NAME AND ADDRESS OF LIABILITY EXPERT**: Harry Klauber, 10008 N.W. 83 Street, #3, Tamarac, Florida 33321.

      2. **EDUCATIONAL BACKGROUND, TRAINING AND EXPERIENCE**: a complete and current Curriculum Vitae is attached hereto.

      3. **DOCUMENTS REVIEWED IN CONJUNCTION WITH PROVIDING AN OPINION**:

               (A)     the deposition of George Robinson;

               (B)     copy of the accident report;

               (C)     copy of Plaintiff's Answers to Interrogatories;

               (D)     copy of Defendant's Answers to First and Second Set of Interrogatories;

               (E)     copy of Plaintiff's Complaint, Amendment to the Complaint, and the Answer thereto; and

CASE NO. 00-6155- CIV-FERGUSON

(F) ship inspection conducted on February 13, 2002.

4. **SUMMARY OF OPINIONS**: Mr. Klauber is expected to testify that the vessel the M/V SEABULK AMERICA was unseaworthy at the time of Mr. Robinson's accident and that the Defendant, HVIDE MARINE's negligence caused and/or contributed to Mr. Robinson's accident; the "upper grating" in place at the time of Mr. Robinson's accident was unsafe and/or inadequate for the job that he was doing.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 28 day of ~~January~~ February, 2002, to David R. Canning, Esquire, George, Hartz, Lundeen, et al., attorneys for Defendant, 4800 Le Jeune Road, Coral Gables, Florida 33146.

WAKS & BARNETT, P.A.
Attorneys for Plaintiff
7103 S.W. 102 Avenue, Suite A
Miami, Florida 33173
Tel.: (305) 271-8282
Fax: (305) 595-9776

BY: _____
YADIRA R. PEDRAZA
FLORIDA BAR NO. 827355

-2-

# Curriculum Vitae
## Harry Klauber, Chief Engineer, B.S.M.E
## Admiralty Expert
## Marine Consultant and Investigator

**Address:** 10008 NW 83 St. #3
Tamarac Fl, 33321
**Phone/Fax:** 954-722-1818
**E-Mail:** Klafish1@aol.com
**D.O.B.** 18 October 1944

**Educational Background:**
B.S. Marine Engineering New York State Maritime College, Dean's List, 1966.

**Licensure/Certification:**
U.S.C.G. Chief Engineer Steam Vessels Unlimited HP. License Serial No. 011094 Issue #9. Expiration Date 21 April 2004. STCW 95.
U.S.C.G. Third Assistant Engineer Motor Vessels Unlimited HP. License Serial No. 011094 Issue #9. Expiration Date 21 April 2004. STCW 95.
Environmental Protection Agency Universal Refrigeration Technician. Certification No. 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.

**Military Background:**
U.S. Naval Reserve Lieutenant - Honorable Discharge.

**Professional Background:**
1986 - 1999: Chief Engineer L.A.S.H. vessel S.S. Green Harbour. Owner/Operators Central Gulf Lines Inc. Retired 1999.
1969-1986: Third/Second/First/Chief Engineer Container/Break Bulk/Ro Ro Vessel S.S. Rapid (Ex. American Rapid, Ex. Red Jacket, Ex. Mormacstar). Central Gulf Lines, U.S. Lines, Mediterranean Marine Lines, Moore McCormack Lines.
1967-1969: Third/Second Engineer Container vessel S.S. Mormacvega. Moore McCormack Lines.
1966: Third Engineer S.S. Mormacrigel, S.S. Antinous. Moore McCormack Lines, Waterman Steamship Co.

**Legal Background:**
1966-1995: Appeared as defense witness in personal injury cases. Deposed and videotaped as an expert witness, as well as appeared in court cases, involving the companies whose ships I was employed upon. Law Firm of Jones and Walker.
1995/1996: Performed various types of investigation work as an expert witness both on defense and plaintiff sides for Andrew Anderson Esq. Keller and Houck Miami Fl.
1996: Performed investigation work and deposed as an expert witness for the defense in a personal injury case involving a Detroit Diesel Explosion. David Karcher Sr. Esq., and David Famulari Esq., Underwood, Karcher, and Karcher Miami Fl.
1997: Performed investigation work and deposed as an expert witness for the plaintiff in personal injury and product liability case involving Borg Warner and Anchor Marine Repair. J. Perlman Esq. Largo Fl.

**Legal Background:**
1999: Performed investigation work as an expert witness in a personal injury case representing plaintiff against Coastal Tug and Barge Andrew. Waks Esq. Miami Fl. Deposed October 11, 2000. Case settled out of court.
2000: Performed investigation work as an expert witness in product liability case representing plaintiff involving boiler tube failures aboard the steamship Oceanic. Law firm of Lane, Lau, Pieper, McCreadie and Conley – David Pope Esq. Case Settled.
2001: Performed investigation work as an expert witness in a personal injury case representing plaintiff against Hvide Marine. Andrew Waks Esq. Miami Fl. Case still pending

**Business Background:**
1979-1989: Owner/Operator Sea Fever Fishing commercial hook and line grouper and snapper fishing business. 28' and 34' diesel vessels, Fort Pierce Fl.

**Practical Experience and Areas of Specific Expertise:**
All aspects of Marine Engineering. As Chief Engineer responsible for all areas of large vessel engineering, operation, and, maintenance. Expert in ship, as well as small boat, construction, operation, and repair. Specific knowledge, and 33 years of hands on experience, with the following:
Steam Propulsion Equipment, Boilers, Deck Machinery, Cranes, Hydraulics, Pneumatics, Automation, Generators, Diesels, Pumps, Motors, Barge Pusher Tugs, Barge Handling Operations, Piping Systems, Refrigerated Containers, Large Volume Air Conditioning and Dehumidification Equipment, Vessel Surveys for prospective buyers, Electrical Systems - Controls and Controllers, Hatch Covers, Stern Ramps, Sideports, Machinery Testing and Certification as Owner's New Construction Representative, CFR interpretations and application, Accident Investigation and Reporting, Machinery Failure Analysis, Commercial Fisheries, Charter Boat Operation, Head Boat Operation, On Board Ship Safety, and Review of depositions and documents for technical content and consultation.

**Pleasure and Small Boat Experience:**
1974 to present: Owner/Operator various pleasure vessels, gas and diesel powered.

**Fisheries and Fishing Vessel Experience:**
1966-1973 - Unlicensed Mate and Licensed Engineer aboard 90-130 foot offshore fishing vessels. Sheapshead Bay, New York.
1960-1966 - Unlicensed Mate aboard various 90-110 foot offshore fishing vessels. Sheapshead Bay, New York