UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE WILKIE D. FERGUSON, JR.



FILED by _ZC_ D.C.
MAR 0 5 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## CIVIL MINUTES

1. Case No. **00-6155**                  Date: **3/4/02**
2. Style: **Robinson v. Hvide Marine, Inc.**
3. Plaintiff's Counsel: **Yadira Pedraza**
4. Defendant's Counsel: **David Canning**
5. Type of Proceeding: **Pretrial Conf.**
6. Result of hearing:   Motion Granted ☐   Motion Denied ☐
7. Case Continued to: ____   Trial Set for ____
8. Does the case require mediation? ____

Notes: **Plaintiff's Motion for Continuance of Discovery Deadline**

**— Mediation set for 3/15/02**

Law Clerk:          Tori Monroe

Courtroom Deputy:   Karen Gardner

Courtroom Reporter: ~~Patricia Sanders~~ **Kim Mcsfin**