


FILED by ___ D.C.
MAR 05 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE ROBINSON,

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendant.
_____/

CASE NO. 00-6155- CIV-FERGUSON
Magistrate Judge Lurana S. Snow



DISMISSED AS MOOT
[signature]
03/05/02



## PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY DEADLINE

COMES NOW the Plaintiff, GEORGE ROBINSON, by and through his undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and Rule 7(1)(j), hereby files this Motion to Extend the Discovery Deadline, and in support thereof, states as follows:

1. This Court continued the trial of this case from the two-week period commencing February 11, 2002, to the two-week period commencing April 8, 2002. Pursuant to the new Order Setting Trial, the new discovery deadline is February 1, 2002.

2. The undersigned received the new Order Setting Trial on or about January 4, 2002.

3. The undersigned has tried for several months to complete discovery but has been unable to do so. There are two discovery motions which have been filed with the Court, but to which the Court has not responded:

    A.    Plaintiff's Motion and Memorandum to Compel Response to Second Request for Production dated October 25, 2001;

    B.    Plaintiff's Motion to Compel Discovery filed November 29, 2001.