UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE ROBINSON,

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendant.
_____/

CASE NO. 00-6155- CIV-FERGUSON
Magistrate Judge Lurana S. Snow



### PLAINTIFF'S SUPPLEMENTAL WITNESS LIST

COMES NOW the Plaintiff, by and through his undersigned counsel, and hereby supplements his Witness List as follows:

1.    Jerry S. Sher, M.D.
    Orthopaedic Specialists of Miami Beach
    4701 Meridian Avenue
    Adams Building, Suite #601
    Miami, Florida 33140

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 5th day of March, 2002, to David R. Canning, Esquire, George, Hartz, Lundeen, et al., attorneys for Defendant, 4800 Le Jeune Road, Coral Gables, Florida 33146.

WAKS & BARNETT, P.A.
Attorneys for Plaintiff
7103 S.W. 102 Avenue, Suite A
Miami, Florida 33173
Tel.: (305) 271-8282
Fax: (305) 595-9776

BY: _____
YADIRA R. PEDRAZA
FLORIDA BAR NO. 827355