UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 00-6155-CIV-FERGUSON
MAGISTRATE JUDGE LURANA SNOW

GEORGE ROBINSON,

    Plaintiff,

v.

HVIDE MARINE INCORPORATED,

    Defendant.
_____/

## SUMMARY OF LIABILITY EXPERT OPINION

The Defendant, HVIDE MARINE INCORPORATED, by and through its undersigned counsel hereby files this summary of expert opinion, and states as follows:

1. **Name and Address of Liability Expert:**

   Douglas M. Torborg
   Marine Consultant
   4172 Douglas Road
   Coconut Grove, FL 33133

2. **Education Background, Training and Experience:**

   See Curriculum Vitae attached hereto.

3. **Documents Reviewed in Conjunction with Providing an Opinion:**

   a. All documents listed as reviewed by Plaintiff's expert.
   b. All depositions taken herein.
   c. Witness statement of John Coughlin.
   d. Ship inspection conducted on February 13, 2002.
   e. Photographs taken by both experts.
   f. Any other documents to be obtained in future discovery will be reviewed as well as the deposition transcript of the Plaintiff's expert, Harry Klauber.

4. **Summary of Opinions:**

   Mr. Torborg is expected to testify that the vessel, *M/V Seabulk America*, was seaworthy at the time of Mr. Robinson's accident and that the Defendant, Hvide Marine, did not



commit any active negligence which was a legal cause of the injuries alleged to have been suffered by Plaintiff. Rather, Mr. Torborg will testify that the accident was due to the sole fault and negligence of the Plaintiff who was an experienced seaman whose wrench slipped off the nut due to his own lack of attention to his own safety. There was nothing wrong with the ship's equipment, tools, training, crew or work methods that caused the accident. Specifically, Mr. Torborg will state that the upper grating used by Mr. Robinson to stand on did not move at the time of the accident, was not the cause of the accident as reported by the Plaintiff himself at the time of the accident, and was neither defective nor unseaworthy. Said grating was part of the ship's design, had been approved by the United States Coast Guard, classification societies and any and all surveyors who have seen the ship since its construction. Mr. Torborg is a licensed ship's captain and will testify as to the proper procedures, job assignments and work methods as well as that all tools, machinery used and methods used to do the job were safe and seaworthy and were not the cause of the Plaintiff's accident. Mr. Torborg will also review and critique the opinion of Harry Klauber as soon as his transcript is ready for review and analysis. As discovery is still ongoing, the Defendant reserves the right to amend this summary of opinion for any new information learned.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail on this 12th day of March, 2002, to Andrew L. Waks, Esq./Yadira R. Pedraza, Esq., Waks & Barnett, P.A., 7103 S.W. 102 Avenue, Suite A, Miami, Florida 33173.

GEORGE, HARTZ, LUNDEEN, FULMER,
JOHNSTONE, KING & STEVENS
Attorneys for Defendant
4800 LeJeune Road
Coral Gables, Florida 33146
Tel. 305-662-4800
Fax 305-663-0140

By _[signature]_
DAVID R. CANNING
Florida Bar No. 217689

X:\WPDOCS\2001 Cases\21985\Pleadings\030602sum of liabity exp opinion.wpd

GEORGE, HARTZ, LUNDEEN, FULMER, JOHNSTONE, KING & STEVENS
4800 LEJEUNE ROAD, CORAL GABLES, FLORIDA 33146 • TELEPHONE (305) 662-4800


COPY

# DOUGLAS M. TORBORG
## MARINE CONSULTANT

4172 DOUGLAS ROAD, COCONUT GROVE, FL 33133                                   305.661.0981

## SUMMARY

Offering 36 years of extensive experience in the shipping industry including as Director of Fleet Operations for nine American flag tankers under a contract with Military Sealift Command. Director of operations of four Ro-Ro's for the Maritime Administration. Managed the logistics of time and voyage chartered ships carrying bulk ores, steel and paper products. Twenty years experience at sea including ten years as Master. Consultant on operating procedures, International Safety Management Code, general average, personal injury, collision, cargo loss and charter disputes. Accepted as an expert in marine operations, safety and navigation in United States Federal Court.

## EDUCATION AND CREDENTIALS

B.S., Marine Transportation, 1964, U.S. Merchant Marine Academy, Kings Point, New York
Coast Guard Unlimited Master's License Seventh Issue
Qualified System Auditor of ISO 10011, Certificate Number R114-167
Qualified System Auditor of ISO 9002, Registered with IRCA London
Lloyd's Register Course in International Safety Management Code Auditing
Qualified Maritime Auditor, Registered with IRCA London

## SHORE EXPERIENCE

### 1989-Present: MARINE CONSULTANT

Analyze operations procedures, performance and costs for owners and investors. Perform audits for ISO 9002 compliance. Conduct surveys of ships, tanks and coatings. Provide supervision during shipyard, sandblasting, painting, tank coating and repair periods. Provide review and expert witness testimony for principals, attorneys and government agencies on vessel damage, cargo loss, general average, charter compliance, collision, allisions, groundings and personal injury.

### 1985-1989:   DIRECTOR, GOVERNMENT FLEET
### MARINE TRANSPORT LINES, INC., SECAUCUS, N.J.

Operated nine product tankers with a shore staff of 16 and 189 seagoing personnel. Responsible for yearly operations budget of $25 million under a fixed price contract with Military Sealift Command. Directed operations of four Roll-on Roll-off vessels under a contract with the Maritime Administration. Responsibilities included financial controls, contract negotiations, operations, safety overhauls and maintenance.

1985: **PORT CAPTAIN, SEALIFT FLEET**
MARINE TRANSPORT LINES, SECAUCUS, N.J.

Responsible for all deck, hull and tank maintenance, safety and allowed time. Interview and review personnel for positions as Master and Chief Officer

1977–1979: **VICE PRESIDENT-OPERATIONS, SOUTHERN AFRICA**
L. J. BUCK & COMPANY, MORRISTOWN, N.J.

During vacation from sea duty in Durban, South Africa. Responsible for the logistics of all voyage and time chartered vessels calling at Southern African ports (1.4 million tons cargo annually). Managed office, responsible for budgets, stevedores, terminal production, office hire and allowed time.

## SEA EXPERIENCE

1975-1984: **MASTER USNS SEALIFT ANTARCTIC**
MARINE TRANSPORT LINES, SECAUCUS, N. J.

Responsible for vessel contract compliance and operation in worldwide petroleum trade. Joined company in June 1975 for final stage of construction and delivery of the product tanker USNS Sealift Antarctic. Redesigned the underway replenishment stations for Sealift Tankers which was accepted by Military Sealift Command and installed on all Sealift Tankers. Received award from Military Sealift Command for outstanding performance as Master of the Mediterranean Shuttle Tanker 1982-1984.

1974: **CHIEF OFFICER**
HUDSON WATERWAYS, NEW YORK, N. Y.

Served on product tanker. Responsible for multi-product cargoes, overtime control, safety, maintenance, contract compliance and tank cleaning.

1973: **MASTER, S.S. AFRICAN MOON**
FARRELL LINES INC., NEW YORK, N.Y.

In command of liner freighter on the U. S. East coast to West Africa trade.

1964-1972: **THIRD OFFICER TO CHIEF OFFICER**
FARRELL LINES INC., NEW YORK, N. Y.

Served on break bulk and container vessels in liner trades to West, South and East Africa, Australia and New Zealand. Extensive experience with break bulk, reefer, bulk liquid, bulk ore, palletized and containerized cargoes.

**1961-1964:    CADET, U. S. MERCHANT MARINE ACADEMY**

Served as a Cadet aboard the following ships: SS United States, SS Exeter, SS Mormacscan, SS pioneer Moor and USNS Comet

## PERSONAL

United States Citizen, served U.S. Naval Reserve (1965-1984), honorably discharged.

