UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6155-CIV-FERGUSON

MAGISTRATE JUDGE LURANA SNOW

GEORGE ROBINSON,

    Plaintiff,

v.

HVIDE MARINE INCORPORATED,

    Defendant.

_____/

## NOTICE OF OBJECTIONS TO EXPERT WITNESS INTERROGATORIES

COMES NOW the Defendant, HVIDE MARINE INCORPORATED, by and through its undersigned counsel and for its objections to Plaintiff's Expert Witness Interrogatories served on February 14, 2002, states:

7.     Objection -- work product; privileged.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail on this 12th day of March, 2002, to Andrew L. Waks, Esq., Waks & Burnett, P.A., 7103 S.W. 102 Avenue, Miami, Florida 33173.

GEORGE, HARTZ, LUNDEEN, FULMER,
JOHNSTONE, KING & STEVENS
Attorneys for Defendant
4800 LeJeune Road
Coral Gables, Florida 33146
Tel. 305-662-4800
Fax 305-663-0140

By_____
DAVID R. CANNING
Florida Bar No. 217689

X:\WPDOCS\2001 Cases\21985\Pleadings\022002objs to expert wit interrogs.wpd