UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6155-CIV-FERGUSON

MAGISTRATE JUDGE LURANA SNOW

GEORGE ROBINSON,

    Plaintiff,

v.

HVIDE MARINE INCORPORATED,

    Defendant.

_____/

**NOTICE OF UNAVAILABILITY**

NOTICE IS HEREBY given that David R. Canning, attorney of record in the above-captioned action, will be out of the State of Florida from July 15, 2002 to August 5, 2002, and requests that no matters be scheduled during this period since he will be unable to attend any proceedings in this action.

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail on this **13th day of March, 2002**, to Andrew L. Waks, Esq., Waks & Burnett, P.A., 7103 S.W. 102 Avenue, Miami, Florida 33173.

GEORGE, HARTZ, LUNDEEN, FULMER,
JOHNSTONE, KING & STEVENS
Attorneys for Defendant
4800 LeJeune Road
Coral Gables, Florida 33146
Tel. 305-662-4800   Fax 305-663-0140

By _____
DAVID R. CANNING
Florida Bar No. 217689

X:\WPDOCS\2001 Cases\21985\Pleadings\031102 not unavail.wpd