UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6155 CIV-FERGUSON

GEORGE ROBINSON
    Plaintiff,

v.

HVIDE MARINE INCORPORATED,
    Defendant.

_____/

## RE-NOTICE OF TAKING DEPOSITION DUCES TECUM
(Change in time only)

TO:    Yadira R. Pedraza, Esquire
    Waks & Barnett, P.A.
    7103 S.W. 102 Avenue, Suite A
    Miami, FL 33173

PLEASE TAKE NOTICE that the undersigned attorneys will take the deposition of:

| **NAME** | **DATE AND TIME** | **PLACE OF TAKING** |
|---|---|---|
| HARRY KLAUBER | Tuesday, March 19, 2002 1:30 p.m. | George, Hartz. Lundeen, Fulmer, Johnstone, King & Stevens 4800 LeJeune Road Coral Gables, FL |

The deponent is hereby directed to bring at said time and place the following records regarding:

### GEORGE ROBINSON
### M/V SEABULK AMERICA

1.    Any and all depositions, reports, memoranda, correspondence, drawings, plans, photographs or other materials whatsoever reviewed or considered by you in the investigation of this incident.

2.    Any and all tests, codes, standards, governmental or agency regulations or other authorities or sources reviewed or considered by you in the investigation of this incident.

3.    All photographs taken by you or at your direction during any phase of your investigation.

4.    All diagrams, drawings, sketches, charts, or any other such materials prepared by you or at your direction relating directly or indirectly to your investigation of this incident.

5.    All correspondence, memoranda, reports, summaries, graphs, field notes, or other such memoranda or written notations documenting your investigation into this incident.




6.     Any and all reports, correspondence, summaries or other memoranda containing your opinions and conclusions with reference to this incident.

7.     Your complete file pertaining to this incident.

8.     Your curriculum vitae.

9.     A list of all cases where you have given expert testimony.

10.    A list of all attorneys who have retained you as an expert.

11.    The log book containing the names of all cases testified in as an expert, the names of the attorneys hiring you, the fees earned in each case and the party represented.

12.    All correspondence between you and Plaintiff's attorneys.

upon oral examination before Julio A. Mocega & Associates, a Notary Public or any other officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed on this __14th__ day of March, 2002, to the above-named addressee.

GEORGE, HARTZ, LUNDEEN, FULMER,
JOHNSTONE, KING & STEVENS
Attorneys for Defendant
4800 Le Jeune Road
Coral Gables, Florida 33146
Telephone: (305) 662-4800
Facsimile: (305) 663-0140

By _____
DAVID R. CANNING
Florida Bar No. 217689

cc: Julio A. Mocega & Assoc. (via facsimile)

X:\WPDOCS\2001 Cases\21985\Pleadings\klauber 2.dpnot.wpd