UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6155 CIV-FERGUSON

GEORGE ROBINSON
    Plaintiff,

v.

HVIDE MARINE INCORPORATED,
    Defendant.
_____/



### NOTICE OF TAKING DEPOSITION DUCES TECUM

TO:    Yadira R. Pedraza, Esquire
        Waks & Barnett, P.A.
        7103 S.W. 102 Avenue, Suite A
        Miami, FL 33173

PLEASE TAKE NOTICE that the undersigned attorneys will take the deposition of:

| NAME | DATE AND TIME | PLACE OF TAKING |
|---|---|---|
| Jerry Sher, M.D. | Monday, April 1, 2002 4:00 p.m. | 4701 Meridian Avenue Adams Bldg., #601 Miami Beach, FL |

The deponent is hereby directed to bring at said time and place the following records regarding:

**GEORGE FRANKLIN ROBINSON**
**DATE OF BIRTH: 6/20/44**
**SOCIAL SECURITY: 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**

1. Any and all records, reports of physical examinations, consultations, documents, charts, papers, microfilmed documents, x-rays, x-ray reports, itemized bills for services rendered (whether paid or unpaid), reports, notes on attendance and/or treatment and office notes regarding all diagnosis care, treatment or examinations of the physical and mental condition of the above-described patient.

2. All patient histories and/or similar documents in your possession from the above-described patient or containing information supplied by the above-described patient.

3. All correspondence between your office and any insurer, HMO or similar organization regarding any of the treatment referred to in Paragraph Number 1 above.



GEORGE, HARTZ, LUNDEEN, FULMER, JOHNSTONE, KING & STEVENS
4800 LEJEUNE ROAD, CORAL GABLES, FLORIDA 33146 • TELEPHONE (305) 662-4800

4. All correspondence between your office and Plaintiff's attorneys.

5. All doctors' reports, patient reports, claim forms and similar documents of any nature submitted to any insurer, HMO or similar organization in connection with any of the treatment referred to in Paragraph Number 1.

upon oral examination before Julio A. Mocega & Associates, a Notary Public or any other officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed on **this  19th  day of March, 2002,** to the above-named addressee.

GEORGE, HARTZ, LUNDEEN, FULMER,
JOHNSTONE, KING & STEVENS
Attorneys for Defendant
4800 Le Jeune Road
Coral Gables, Florida 33146
Telephone: (305) 662-4800
Facsimile: (305) 663-0140

By _____
DAVID R. CANNING
Florida Bar No. 217689

cc: Julio A. Mocega & Assoc. (via facsimile)

X:\WPDOCS\2001 Cases\21985\Pleadings\sher.dpnot.wpd