

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE ROBINSON,   Case No. 00-6155-CIV-FERGUSON

    Plaintiff,

vs.

HVIDE MARINE INC..

    Defendant.
_____/

FILED by ad D.C.

MAR 2 0 2002

CLARE...
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DISMISSING CAUSE UPON NOTICE OF SETTLEMENT

**THIS CAUSE** is before the Court upon the parties' Notice of Settlement dated March 20, 2002. Having duly considered the Notice and pertinent portions of the record it is

**ORDERED AND ADJUDGED** that this cause is **DISMISSED** without prejudice. The Court retains jurisdiction for sixty (60) days over this cause to enter judgment or final order of dismissal on the parties' filing of appropriate pleadings, and if necessary, to enforce settlement. It is further

**ORDERED AND ADJUDGED** that any pending motions are rendered moot by this Order. The case is closed.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 20th day of March, 2002.

                              WILKIE D. FERGUSON, JR.
                              UNITED STATES DISTRICT JUDGE

copies provided:
Yadira Pedraza, Esq.
David Canning, Esq.

