UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**GEORGE ROBINSON**
    Plaintiff,

vs

**HVIDE MARINE**
    Defendant,    /

CASE NO: 00-6155-CIV-FERGUSON

**MEDIATION REPORT**

Type of Case: Admiralty

Pursuant to the Court's Order/Joint Stipulation, a Mediation Conference was conducted by Rick G. Ciravolo, Esquire of MEDIATION, INC., on March 15, 2002.

The following were present:

    All Plaintiffs and Plaintiff Trial Counsel appeared.

    All Defendants and Defense Trial Counsel appeared.

The result of the Mediation Conference is as follows:

    The parties have reached a total IMPASSE.

Copies furnished by U.S. Mail to:

    Yadira R. Pedraza, Esquire

    David R. Canning, Esquire

RESPECTFULLY SUBMITTED on March 21, 2002.

JAMES B. CHAPLIN, ESQUIRE
for Rick G. Ciravolo
Florida Bar Number 110628
Certified Mediator for MEDIATION, INC.
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
          (800) 741-7000