UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6155-CIV-FERGUSON

MAGISTRATE JUDGE LURANA SNOW

GEORGE ROBINSON,

    Plaintiff,

v.

HVIDE MARINE INCORPORATED,

    Defendant.
_____/

## STIPULATION FOR ORDER OF DISMISSAL

An amicable settlement of all matters and things in dispute between the Plaintiff and the Defendant hereto having been made, it is

**STIPULATED AND AGREED** by and between the parties hereto that all claims of the Plaintiff against the Defendant may be dismissed with prejudice, each party to bear their own costs and attorneys fees.

**DATED**: This 10th day of May, 2002.

| | |
|---|---|
| GEORGE, HARTZ, LUNDEEN FULMER, JOHNSTONE, KING & STEVENS<br>Attorneys for Defendant<br>4800 LeJeune Road<br>Coral Gables, FL 33146<br><br>By_____<br>DAVID R. CANNING, ESQ.<br>Florida Bar No. 217689 | WAKS & BARNETT, P.A.<br>Attorneys for Plaintiff<br>7103 S.W. 102nd Avenue<br>Suite A<br>Miami, Florida 33173<br><br>By_____<br>YADIRA R. PEDRAZA, ESQ.<br>Florida Bar No. 827355 |