**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE ROBINSON,

    Plaintiff,

vs.

HVIDE MARINE INCORPORATED,

    Defendant.
_____/

Case No. 00-6155-CIV-FERGUSON



### ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal with prejudice. Having duly considered the Stipulation and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** that this cause is **DISMISSED** with prejudice. The Court will retain jurisdiction over this matter for a period of 60 days from the date of this order to enforce the settlement agreement, should such enforcement prove necessary.

Any pending motions are rendered moot by this Final Order of Dismissal. **The case is closed**.



**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 7TH day of May, 2002.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
David R. Canning, Esq.
Yadira R. Pedraza, Esq.